# FORM 5
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page No: 1

| Case No.: | 15-37840 | | Trustee Name: | David Leibowitz |
| Case Name: | GENEX CORPORATION | | Date Filed (f) or Converted (c): | 11/05/2015 (f) |
| For the Period Ending: | 06/30/2018 | | §341(a) Meeting Date: | 12/02/2015 |
| | | | Claims Bar Date: | 05/19/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Amalgamated Bank - business checking account ending in 1033 for operating expenses | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | No bank statements provided - any balance likely offset for Amalgamated claim, not yet abandoned. | | | | | |
| 2 | Amalgamated Bank - business checking account ending in 1141 for payroll | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | No bank statements provided - any balance likely offset for Amalgamated claim, not yet abandoned. | | | | | |
| 3 | Accounts Receivable - See Exhibit A to the petition for list of companies, persons, and amounts due in account receivables. | $1,951,187.89 | $1,951,187.89 | | $683,583.01 | FA |
| Asset Notes: | Updated pursuant to amended A/B filed 12/4/2015 | | | | | |
| 4 | MBE Certificate, City of Chicago | $0.00 | $0.00 | | $0.00 | FA |
| 5 | CMBDC certificate, Minority bas. cert., state of Wisconsin | $0.00 | $0.00 | | $0.00 | FA |
| 6 | 2003 Ford E150 van, 215,000 miles, fair condition | $915.00 | $915.00 | | $0.00 | FA |
| 7 | 2009 Chevrolet E1500 van, approx 81,000 miles | $10,284.00 | $10,284.00 | | $1,500.00 | FA |
| Asset Notes: | Actual model is 2009 Chevrolet HHR - Depressed value due to steering problems, body damage, rust, and an accident indicator on the CARFAX Report | | | | | |
| 8 | Computers, desks, chairs, printers, fax machines, telephone equipment | $7,000.00 | $7,000.00 | | $0.00 | FA |
| 9 | Electrical equipment including drills, saws, wire, pipe, and light fixtures | $40,000.00 | $40,000.00 | | $0.00 | FA |
| Asset Notes: | Former employees allegedly removed significant amounts of tools and equipment from premises immediately upon hearing about bankruptcy.  Demand letter sent to former employees immediately upon case assignment. | | | | | |
| 10 | 2010 Ford van, Vehicle Identification# 1FTNE2EL5AD04206 Purchased 9/25/10 Current mileage 60,000 (u) | $0.00 | $5,000.00 | | $0.00 | FA |
| Asset Notes: | Updated per amended schedules 12/4/15 - dkt 33 Nand Belani insists this vehicle is in Spirowski's possession, but Trustee has received tollway violation notices and upon further research, vehicle was last registered 6/2016 to Nand Belani. ($14,089 - estimated value per Kelley Blue Book PPV - Good) | | | | | |
| 11 | Refund of Balance - Home Depot account (u) | $0.00 | $407.35 | | $407.35 | FA |

**FORM 5**  
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**  
**ASSET CASES**

Page No: 2

| Case No.: | 15-37840 | Trustee Name: | David Leibowitz |
| --- | --- | --- | --- |
| Case Name: | GENEX CORPORATION | Date Filed (f) or Converted (c): | 11/05/2015 (f) |
| For the Period Ending: | 06/30/2018 | §341(a) Meeting Date: | 12/02/2015 |
|  |  | Claims Bar Date: | 05/19/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **TOTALS (Excluding unknown value)** |  |  |  |  | **Gross Value of Remaining Assets** |
|  | $2,009,386.89 | $2,014,794.24 |  | $685,490.36 | $0.00 |

**Major Activities affecting case closing:**

06/14/2018    2018 Reporting Period:
The Trustee has completed his liquidation of assets in this estate. Currently, claims are undergoing review, after which, this case will be ready for TFR.

06/30/2017    2017 Reporting Period:
The Trustee has now settled all major mechanics lien claims, as well as Mrs. Belani's subrogation claim. The Trustee will now focus on the claims against Tim Spirowski and will then commence his review of all unsecured claims, along with any objections necessary.

06/20/2016    2016 Reporting Period:
Asset Case - vehicles, tools belonging to company & accounts receivable

-Demand letter sent to all former employees requesting turnover of missing tools (many items disappeared when company announced bankruptcy)
-Adversary proceedings against Spirowski, who is currently non-compliant with order to turnover vehicles in his possession
-Major settlement of Wight claim pending
-Oriole accounts being abandoned - no value to estate

| Initial Projected Date Of Final Report (TFR): | 12/31/2018 | Current Projected Date Of Final Report (TFR): | /s/ DAVID LEIBOWITZ |
| --- | --- | --- | --- |
|  |  |  | DAVID LEIBOWITZ |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-37840 | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | GENEX CORPORATION | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2813 | | Checking Acct #: | ******4001 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Genex Corporation, Debtor |
| For Period Beginning: | 11/5/2015 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 06/30/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/25/2016 | (3) | All-Bry Construction Co | Account Receivable - All-Bry Construction Co - Orozco | 1121-000 | $392.64 | | $392.64 |
| 02/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $0.08 | $392.56 |
| 03/22/2016 | (3) | K. R. Miller Contractors, Inc. | Account Receivable - K. R. Miller Contractors, Inc. - Grant Park BMX/Skate Park | 1121-000 | $13,348.20 | | $13,740.76 |
| 03/28/2016 | (7) | W.O.C, Inc. | Sale of Chevy HHR Van | 1129-000 | $1,500.00 | | $15,240.76 |
| 03/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $7.12 | $15,233.64 |
| 04/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $24.58 | $15,209.06 |
| 05/03/2016 | (3) | Kay and Associates | Account Receivable - Kay and Associates | 1121-000 | $2,835.00 | | $18,044.06 |
| 05/31/2016 | (3) | Kay and Associates | Account Receivable - Kay and Associates KYTL-02 4/1/2016 | 1121-000 | $2,216.25 | | $20,260.31 |
| 05/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $27.88 | $20,232.43 |
| 06/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $31.59 | $20,200.84 |
| 07/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $32.59 | $20,168.25 |
| 08/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $32.54 | $20,135.71 |
| 09/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $33.54 | $20,102.17 |
| 10/07/2016 | (11) | Citibank NA | Refund of Balance - Home Depot Account | 1290-000 | $407.35 | | $20,509.52 |
| 10/17/2016 | (3) | Concourse Hotel | Account Receivable - Concourse Hotel - Madison Concourse (no mechanic's lien) | 1121-000 | $270.00 | | $20,779.52 |
| 10/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $30.96 | $20,748.56 |
| 11/07/2016 | 3001 | Laurie and Brennan | Payment of Retainer to Laurie & Brennan - docket #110 | 3210-600 | | $10,000.00 | $10,748.56 |
| 11/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $23.55 | $10,725.01 |
| 12/07/2016 | (3) | HUB Parking Technology USA, Inc. | Account Receivable - Hub Parking Settlement - docket #108 | 1121-000 | $16,000.00 | | $26,725.01 |
| 12/07/2016 | (3) | Kay and Associates | Account Receivable - Kay and Associates - Nettlehorest | 1121-000 | $348.75 | | $27,073.76 |
| 12/07/2016 | (3) | Laurie & Brennan | Account Receivable - Wight Settlement Part 1 of 3 - Global Settlement of G & A Kedzie Senior Center and John Hancock HS | 1121-000 | $171,254.13 | | $198,327.89 |

| | | | | SUBTOTALS | $208,572.32 | $10,244.43 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-37840 | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | GENEX CORPORATION | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2813 | | Checking Acct #: | ******4001 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Genex Corporation, Debtor |
| For Period Beginning: | 11/5/2015 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 06/30/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/09/2016 | (3) | Clerk of Circuit Court Cook County | Account Receivable - Wight Settlement Part 2 of 3 - Global Settlement of G & A Kedzie Senior Center and John Hancock HS | 1121-000 | $292,334.75 | | $490,662.64 |
| 12/09/2016 | (3) | Dorothy Brown - Clerk of Circuit Court | Account Receivable - Wight Settlement Part 3 of 3 - Al Raby High School | 1121-000 | $61,476.48 | | $552,139.12 |
| 12/12/2016 | 3002 | Active Electrical Supply Company | Mechanic's Lien Settlement - Wight/Kedzie (Active Electrical Supply Company) - docket #112 | 4220-000 | | $120,000.00 | $432,139.12 |
| 12/12/2016 | 3003 | Consolidated Electrical Distributors Inc. | Mechanic's Lien Settlement - Wight/Kedzie (CED) - docket #112 | 4220-000 | | $30,000.00 | $402,139.12 |
| 12/12/2016 | 3004 | Raptor Industries, Inc. | [VOID - Change Payee] - Mechanic's Lien Settlement - Wight/Kedzie (Raptor) - docket #112 | 4220-003 | | $11,000.00 | $391,139.12 |
| 12/12/2016 | 3005 | Interstate Electronics Company | Mechanic's Lien Settlement - Wight/Kedzie (Interstate Electronics) - docket #112 | 4220-000 | | $15,000.00 | $376,139.12 |
| 12/22/2016 | 3004 | VOID: Raptor Industries, Inc. | [VOID - Change Payee] - Mechanic's Lien Settlement - Wight/Kedzie (Raptor) - docket #112 | 4220-003 | | ($11,000.00) | $387,139.12 |
| 12/22/2016 | 3006 | Raptor Industries, Inc. and | [Paid to Raptor and Christopher Kreid & Assoc.] Mechanic's Lien Settlement - Wight/Kedzie (Raptor) - docket #112 | 4220-000 | | $11,000.00 | $376,139.12 |
| 12/22/2016 | 3007 | Interstate Electronics | Mechanic's Lien Settlement - Wight/Hancock (Interstate Electronics) - docket #112 | 4220-000 | | $45,000.00 | $331,139.12 |
| 12/22/2016 | 3008 | Peak Electric Inc. | Mechanic's Lien Settlement - Wight/Hancock (Peak Electric, Inc.) - docket #112 | 4220-000 | | $11,500.00 | $319,639.12 |
| 12/22/2016 | 3009 | Phoenix Business Solutions, LLC | Mechanic's Lien Settlement - Wight/Hancock (Phoenix) - docket #112 | 4220-000 | | $50,000.00 | $269,639.12 |
| 12/23/2016 | (3) | SP+ (Standard Parking) | Account Receivable - SP Plus Settlement - O'Hare & Midway Subcontracts - docket #122 | 1121-000 | $32,287.07 | | $301,926.19 |
| 12/27/2016 | | Transfer To: #*********4002 | Contribution to GUC fund from funds collected as of 12/27/2016 - per cash collateral order filed May 4, 2016 docket 95 | 9999-000 | | $20,501.89 | $281,424.30 |

| | | | | SUBTOTALS | $386,098.30 | $303,001.89 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-37840 | | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|---|
| Case Name: | GENEX CORPORATION | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2813 | | | Checking Acct #: | ******4001 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | Genex Corporation, Debtor |
| For Period Beginning: | 11/5/2015 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 06/30/2018 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/27/2016 | 3010 | Laurie & Brennan LLP | Payment to Laurie & Brennan - First Interim Fee App - docket #115 (Subject to Cash Collateral Order - docket #95) | 3210-600 | | $45,000.00 | $236,424.30 |
| 12/27/2016 | 3011 | Amalgamated Bank of Chicago | Payment of portion of secured claim per cash collateral order (docket #95) and order authorizing payment (docket #123) | 4210-000 | | $228,011.30 | $8,413.00 |
| 12/28/2016 | (3) | Chicago Housing Authority | Account Receivable - Chicago Housing Authority - Pan-Oceanic Engineering | 1121-000 | $32,888.49 | | $41,301.49 |
| 12/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $502.70 | $40,798.79 |
| 01/30/2017 | (3) | Burling Builders | Account Receivable | 1121-000 | $50,000.00 | | $90,798.79 |
| 01/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $113.26 | $90,685.53 |
| 02/09/2017 | 3012 | International Sureties, Ltd | 2017 Bond Payment (VOID - amount incorrect) | 2300-003 | | $127.61 | $90,557.92 |
| 02/09/2017 | 3012 | VOID: International Sureties, Ltd | Void of Check# 3012 | 2300-003 | | ($127.61) | $90,685.53 |
| 02/09/2017 | 3013 | International Sureties, Ltd | 2017 Bond Payment (Bond #016073584) | 2300-000 | | $42.46 | $90,643.07 |
| 02/28/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $132.14 | $90,510.93 |
| 03/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $155.48 | $90,355.45 |
| 04/28/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $131.69 | $90,223.76 |
| 05/18/2017 | (3) | IHC Construction Companies LLC | Oriole Settlement - IHC | 1121-000 | $5,000.00 | | $95,223.76 |
| 05/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $148.97 | $95,074.79 |
| 06/15/2017 | 3014 | BHARATI BELANI | Payment of secured claim per Order 6/9/2017 docket 137 | 4210-000 | | $25,000.00 | $70,074.79 |
| 06/23/2017 | | Transfer To: #*********4002 | Carve-out payment for GUC Fund pursuant to Cash Collateral Order Doc. 95 filed May 4, 2016 | 9999-000 | | $2,831.44 | $67,243.35 |
| 06/23/2017 | 3015 | Laurie and Brennan | Payment of attorney's fees per court order date 11/30/16 dock 115 net of contribution to GUC Fund | 3210-600 | | $15,000.00 | $52,243.35 |
| 06/23/2017 | 3016 | Laurie and Brennan | duplicate voided | 3210-603 | | $15,000.00 | $37,243.35 |
| 06/26/2017 | 3016 | VOID: Laurie and Brennan | duplicate check voided | 3210-603 | | ($15,000.00) | $52,243.35 |
| 06/30/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $156.89 | $52,086.46 |
| 07/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $82.79 | $52,003.67 |
| 08/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $83.91 | $51,919.76 |
| | | | **SUBTOTALS** | | $87,888.49 | $317,393.03 | |

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-37840 | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | GENEX CORPORATION | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2813 | | Checking Acct #: | ******4001 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Genex Corporation, Debtor |
| For Period Beginning: | 11/5/2015 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 06/30/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/29/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $83.78 | $51,835.98 |
| 10/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $80.94 | $51,755.04 |
| 11/30/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $80.82 | $51,674.22 |
| 12/29/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $83.38 | $51,590.84 |
| 01/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $83.25 | $51,507.59 |
| 02/07/2018 | 3017 | International Sureties, Ltd | 2018 Bond Payment (Bond# 016073584) | 2300-000 | | $25.38 | $51,482.21 |
| 02/28/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $75.07 | $51,407.14 |
| 03/22/2018 | (3) | Advocate Health Care | Advocate - Accounts Receivable | 1121-000 | $1,881.25 | | $53,288.39 |
| 03/22/2018 | (3) | Advocate Health Care | Advocate Accounts Receivable | 1121-000 | $1,050.00 | | $54,338.39 |
| 03/30/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $86.99 | $54,251.40 |
| 04/30/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $81.89 | $54,169.51 |
| 05/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $87.41 | $54,082.10 |
| 06/29/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $87.27 | $53,994.83 |
| | | | **TOTALS:** | | $685,490.36 | $631,495.53 | $53,994.83 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $23,333.33 | |
| | | | **Subtotal** | | $685,490.36 | $608,162.20 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $685,490.36 | $608,162.20 | |

| For the period of 11/5/2015 to 06/30/2018 | | For the entire history of the account between 02/25/2016 to 06/30/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $685,490.36 | Total Compensable Receipts: | $685,490.36 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $685,490.36 | Total Comp/Non Comp Receipts: | $685,490.36 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $608,162.20 | Total Compensable Disbursements: | $608,162.20 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $608,162.20 | Total Comp/Non Comp Disbursements: | $608,162.20 |
| Total Internal/Transfer Disbursements: | $23,333.33 | Total Internal/Transfer Disbursements: | $23,333.33 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-37840 | | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|---|
| Case Name: | GENEX CORPORATION | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2813 | | | Checking Acct #: | ******4002 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | Unsecured Creditors Carveout Account |
| For Period Beginning: | 11/5/2015 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 06/30/2018 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/27/2016 | | Transfer From: #*********4001 | Carveout from funds collected as of 12/27/2016 subject to carveout | 9999-000 | $20,501.89 | | $20,501.89 |
| 12/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $5.33 | $20,496.56 |
| 01/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $33.07 | $20,463.49 |
| 02/28/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $29.82 | $20,433.67 |
| 03/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $35.10 | $20,398.57 |
| 04/28/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $29.73 | $20,368.84 |
| 05/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $32.86 | $20,335.98 |
| 06/23/2017 | | Transfer From: #*********4001 | Carve-out payment for GUC Fund pursuant to Cash Collateral Order Doc. 115 filed 11/30/16 | 9999-000 | $2,831.44 | | $23,167.42 |
| 06/30/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $35.34 | $23,132.08 |
| 07/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $34.91 | $23,097.17 |
| 08/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $37.27 | $23,059.90 |
| 09/29/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $37.21 | $23,022.69 |
| 10/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $35.95 | $22,986.74 |
| 11/30/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $35.89 | $22,950.85 |
| 12/29/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $37.03 | $22,913.82 |
| 01/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $36.97 | $22,876.85 |
| 02/28/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $33.34 | $22,843.51 |
| 03/30/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $38.05 | $22,805.46 |
| 04/30/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $34.42 | $22,771.04 |
| 05/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $36.74 | $22,734.30 |
| 06/29/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $36.68 | $22,697.62 |

**SUBTOTALS** $23,333.33 $635.71

**FORM 2**

Page No: 6

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-37840 | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | GENEX CORPORATION | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2813 | | Checking Acct #: | ******4002 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Unsecured Creditors Carveout Account |
| For Period Beginning: | 11/5/2015 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 06/30/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $23,333.33 | $635.71 | $22,697.62 |
| | | | **Less: Bank transfers/CDs** | | $23,333.33 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $635.71 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $635.71 | |

**For the period of 11/5/2015 to 06/30/2018**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $23,333.33 |
| | |
| Total Compensable Disbursements: | $635.71 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $635.71 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 12/27/2016 to 06/30/2018**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $23,333.33 |
| | |
| Total Compensable Disbursements: | $635.71 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $635.71 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-37840 | | Trustee Name: | David Leibowitz |
| --- | --- | --- | --- | --- |
| Case Name: | GENEX CORPORATION | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2813 | | Checking Acct #: | ******4002 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Unsecured Creditors Carveout Account |
| For Period Beginning: | 11/5/2015 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 06/30/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
| --- | --- | --- | --- | --- |
|  |  | $685,490.36 | $608,797.91 | $76,692.45 |

**For the period of 11/5/2015 to 06/30/2018**

| | |
| --- | --- |
| Total Compensable Receipts: | $685,490.36 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $685,490.36 |
| Total Internal/Transfer Receipts: | $23,333.33 |
| | |
| Total Compensable Disbursements: | $608,797.91 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $608,797.91 |
| Total Internal/Transfer Disbursements: | $23,333.33 |

**For the entire history of the case between 11/05/2015 to 06/30/2018**

| | |
| --- | --- |
| Total Compensable Receipts: | $685,490.36 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $685,490.36 |
| Total Internal/Transfer Receipts: | $23,333.33 |
| | |
| Total Compensable Disbursements: | $608,797.91 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $608,797.91 |
| Total Internal/Transfer Disbursements: | $23,333.33 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ