# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 15-37840 |
| | § | |
| GENEX CORPORATION | § | |
| | § | |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 11/05/2015. The undersigned trustee was appointed on 11/05/2015.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of            $685,490.36

         Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim distribution | $0.00 |
| Administrative expenses | $70,067.84 |
| Bank service fees | $3,218.77 |
| Other Payments to creditors | $535,511.30 |
| Non-estate funds paid to 3rd Parties | $0.00 |
| Exemptions paid to the debtor | $0.00 |
| Other payments to the debtor | $0.00 |
| Leaving a balance on hand of[1] | $76,692.45 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011)

6.  The deadline for filing non-governmental claims in this case was <u>05/19/2016</u> and the deadline for filing government claims was <u>05/19/2016</u>. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is <u>$37,524.52</u>. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received <u>$0.00</u> as interim compensation and now requests the sum of <u>$37,524.52</u>, for a total compensation of <u>$37,524.52</u>[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of <u>$0.00</u>, and now requests reimbursement for expenses of <u>$279.12,</u> for total expenses of <u>$279.12</u>.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: <u>11/05/2018</u>               By:   <u>/s/ David P. Leibowitz</u>
                                              Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:   1        Exhibit A

| | |
|---|---|
| Case No.: | 15-37840 |
| Case Name: | GENEX CORPORATION |
| For the Period Ending: | 11/5/2018 |

| | |
|---|---|
| Trustee Name: | David Leibowitz |
| Date Filed (f) or Converted (c): | 11/05/2015 (f) |
| §341(a) Meeting Date: | 12/02/2015 |
| Claims Bar Date: | 05/19/2016 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | | |
| 1 | Amalgamated Bank - business checking account ending in 1033 for operating expenses | $0.00 | $0.00 | | $0.00 | FA |
| 2 | Amalgamated Bank - business checking account ending in 1141 for payroll | $0.00 | $0.00 | | $0.00 | FA |
| 3 | Accounts Receivable - See Exhibit A to the petition for list of companies, persons, and amounts due in account receivables. | $1,951,187.89 | $1,951,187.89 | | $683,583.01 | FA |
| 4 | MBE Certificate, City of Chicago | $0.00 | $0.00 | | $0.00 | FA |
| 5 | CMBDC certificate, Minority bas. cert., state of Wisconsin | $0.00 | $0.00 | | $0.00 | FA |
| 6 | 2003 Ford E150 van, 215,000 miles, fair condition | $915.00 | $915.00 | | $0.00 | FA |
| 7 | 2009 Chevrolet E1500 van, approx 81,000 miles | $10,284.00 | $10,284.00 | | $1,500.00 | FA |
| **Asset Notes:** | Actual model is 2009 Chevrolet HHR - Depressed value due to steering problems, body damage, rust, and an accident indicator on the CARFAX Report; sale approved by order dated 03/16/2016 (dkt #82). | | | | | |
| 8 | Computers, desks, chairs, printers, fax machines, telephone equipment | $7,000.00 | $7,000.00 | | $0.00 | FA |
| 9 | Electrical equipment including drills, saws, wire, pipe, and light fixtures | $40,000.00 | $40,000.00 | | $0.00 | FA |
| **Asset Notes:** | Former employees allegedly removed significant amounts of tools and equipment from premises immediately upon hearing about bankruptcy.  Despite demand letter sent to former employees immediately upon case assignment, Trustee was unable to recover the property, most or all of which was subject in any event to the lien held by Amalgamated Bank. | | | | | |
| 10 | 2010 Ford van, Vehicle Identification (u) #1FTNE2EL5AD04206 Purchased 9/25/10 Current mileage 60,000 | $0.00 | $5,000.00 | | $0.00 | FA |
| **Asset Notes:** | Updated per amended schedule B filed 12/4/15 (dkt #33).  Despite default judgment (in adv. no. 16 A 00013) ordering turnover of van, as well as Trustee's subsequent efforts to implement same, Trustee has been unable to recover the van or its value. | | | | | |
| 11 | Refund of Balance - Home Depot account (u) | $0.00 | $407.35 | | $407.35 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| **TOTALS (Excluding unknown value)** | $2,009,386.89 | $2,014,794.24 | | $685,490.36 | $0.00 |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 2 Exhibit A

| | |
|---|---|
| **Case No.:** | 15-37840 |
| **Case Name:** | GENEX CORPORATION |
| **For the Period Ending:** | 11/5/2018 |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Date Filed (f) or Converted (c):** | 11/05/2015 (f) |
| **§341(a) Meeting Date:** | 12/02/2015 |
| **Claims Bar Date:** | 05/19/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Initial Projected Date Of Final Report (TFR):**   12/31/2018          **Current Projected Date Of Final Report (TFR):**

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

Case 15-37840   Doc 152   Filed 12/13/18   Entered 12/13/18 09:17:46   Desc Main

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1          Exhibit B

| Case No.: | 15-37840 | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | GENEX CORPORATION | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2813 | | Checking Acct #: | ******4001 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Genex Corporation, Debtor |
| For Period Beginning: | 11/5/2015 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/5/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
|---|---|---|---|---|---|---|---|
| 02/25/2016 | (3) | All-Bry Construction Co | Account Receivable - All-Bry Construction Co - Orozco | 1121-000 | $392.64 | | $392.64 |
| 02/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $0.08 | $392.56 |
| 03/22/2016 | (3) | K. R. Miller Contractors, Inc. | Account Receivable - K. R. Miller Contractors, Inc. - Grant Park BMX/Skate Park | 1121-000 | $13,348.20 | | $13,740.76 |
| 03/28/2016 | (7) | W.O.C, Inc. | Sale of Chevy HHR Van | 1129-000 | $1,500.00 | | $15,240.76 |
| 03/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $7.12 | $15,233.64 |
| 04/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $24.58 | $15,209.06 |
| 05/03/2016 | (3) | Kay and Associates | Account Receivable - Kay and Associates | 1121-000 | $2,835.00 | | $18,044.06 |
| 05/31/2016 | (3) | Kay and Associates | Account Receivable - Kay and Associates KYTL-02 4/1/2016 | 1121-000 | $2,216.25 | | $20,260.31 |
| 05/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $27.88 | $20,232.43 |
| 06/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $31.59 | $20,200.84 |
| 07/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $32.59 | $20,168.25 |
| 08/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $32.54 | $20,135.71 |
| 09/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $33.54 | $20,102.17 |
| 10/07/2016 | (11) | Citibank NA | Refund of Balance - Home Depot Account | 1290-000 | $407.35 | | $20,509.52 |
| 10/17/2016 | (3) | Concourse Hotel | Account Receivable - Concourse Hotel - Madison Concourse | 1121-000 | $270.00 | | $20,779.52 |
| 10/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $30.96 | $20,748.56 |
| 11/07/2016 | 3001 | Laurie and Brennan | Payment of Retainer to Laurie & Brennan - docket #110 | 3210-600 | | $10,000.00 | $10,748.56 |
| 11/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $23.55 | $10,725.01 |
| 12/07/2016 | (3) | HUB Parking Technology USA, Inc. | Account Receivable - Hub Parking settlement - docket #108 | 1121-000 | $16,000.00 | | $26,725.01 |
| 12/07/2016 | (3) | Kay and Associates | Account Receivable - Kay and Associates - Nettlehorest | 1121-000 | $348.75 | | $27,073.76 |
| 12/07/2016 | (3) | Laurie & Brennan | Account Receivable - Wight Settlement Part 1 of 3 - Global Settlement of G & A Kedzie Senior Center, John Hancock HS, and Al Raby School | 1121-000 | $171,254.13 | | $198,327.89 |

|  |  |  | **SUBTOTALS** | | $208,572.32 | $10,244.43 | |

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No. | 15-37840 |
| Case Name: | GENEX CORPORATION |
| Primary Taxpayer ID #: | **-***2813 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 11/5/2015 |
| For Period Ending: | 11/5/2018 |

| | |
|---|---|
| Trustee Name: | David Leibowitz |
| Bank Name: | Green Bank |
| Checking Acct #: | ******4001 |
| Account Title: | Genex Corporation, Debtor |
| Blanket bond (per case limit): | $5,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/09/2016 | (3) | Clerk of Circuit Court Cook County | Account Receivable - Wight Settlement Part 2 of 3 - Global Settlement of G & A Kedzie Senior Center, John Hancock HS, and Al Raby School | 1121-000 | $292,334.75 | | $490,662.64 |
| 12/09/2016 | (3) | Dorothy Brown - Clerk of Circuit Court | Account Receivable - Wight Settlement Part 3 of 3 - Global Settlement of G & A Kedzie Senior Center, John Hancock HS, and Al Raby School | 1121-000 | $61,476.48 | | $552,139.12 |
| 12/12/2016 | 3002 | Active Electrical Supply Company | Mechanic's Lien Settlement - Wight/Kedzie (Active Electrical Supply Company) - docket #112 | 4220-000 | | $120,000.00 | $432,139.12 |
| 12/12/2016 | 3003 | Consolidated Electrical Distributors Inc. | Mechanic's Lien Settlement - Wight/Kedzie (CED) - docket #112 | 4220-000 | | $30,000.00 | $402,139.12 |
| 12/12/2016 | 3004 | Raptor Industries, Inc. | [VOID - Change Payee] - Mechanic's Lien Settlement - Wight/Kedzie (Raptor) - docket #112 | 4220-003 | | $11,000.00 | $391,139.12 |
| 12/12/2016 | 3005 | Interstate Electronics Company | Mechanic's Lien Settlement - Wight/Kedzie (Interstate Electronics) - docket #112 | 4220-000 | | $15,000.00 | $376,139.12 |
| 12/22/2016 | 3004 | VOID: Raptor Industries, Inc. | [VOID - Change Payee] - Mechanic's Lien Settlement - Wight/Kedzie (Raptor) - docket #112 | 4220-003 | | ($11,000.00) | $387,139.12 |
| 12/22/2016 | 3006 | Raptor Industries, Inc. and | [Paid to Raptor and Christopher Kreid & Assoc.] Mechanic's Lien Settlement - Wight/Kedzie (Raptor) - docket #112 | 4220-000 | | $11,000.00 | $376,139.12 |
| 12/22/2016 | 3007 | Interstate Electronics | Mechanic's Lien Settlement - Wight/Hancock (Interstate Electronics) - docket #112 | 4220-000 | | $45,000.00 | $331,139.12 |
| 12/22/2016 | 3008 | Peak Electric Inc. | Mechanic's Lien Settlement - Wight/Hancock (Peak Electric, Inc.) - docket #112 | 4220-000 | | $11,500.00 | $319,639.12 |
| 12/22/2016 | 3009 | Phoenix Business Solutions, LLC | Mechanic's Lien Settlement - Wight/Hancock (Phoenix) - docket #112 | 4220-000 | | $50,000.00 | $269,639.12 |
| 12/23/2016 | (3) | SP+ (Standard Parking) | Account Receivable - SP Plus Settlement - O'Hare & Midway Subcontracts - docket #122 | 1121-000 | $32,287.07 | | $301,926.19 |
| 12/27/2016 | | Transfer To: #*********4002 | Contribution to GUC fund from funds collected as of 12/27/2016 - per cash collateral order filed May 4, 2016 (dkt #95) | 9999-000 | | $20,501.89 | $281,424.30 |

| | | SUBTOTALS | $386,098.30 | $303,001.89 |

Case 15-37840   Doc 152   Filed 12/13/18   **FORM 2**   Entered 12/13/18 09:17:46   Desc Main   Page No: 3   Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.:** 15-37840 | **Trustee Name:** David Leibowitz | |
| **Case Name:** GENEX CORPORATION | **Bank Name:** Green Bank | |
| **Primary Taxpayer ID #:** **-***2813 | **Checking Acct #:** ******4001 | |
| **Co-Debtor Taxpayer ID #:** | **Account Title:** Genex Corporation, Debtor | |
| **For Period Beginning:** 11/5/2015 | **Blanket bond (per case limit):** $5,000,000.00 | |
| **For Period Ending:** 11/5/2018 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
|---|---|---|---|---|---|---|---|
| 12/27/2016 | 3010 | Laurie & Brennan LLP | Payment to Laurie & Brennan - First Interim Fee App - docket #115 (net of contribution to GUC fund, per cash collateral order - docket #95) | 3210-600 | | $45,000.00 | $236,424.30 |
| 12/27/2016 | 3011 | Amalgamated Bank of Chicago | Payment of portion of secured claim per cash collateral order (docket #95) and order authorizing payment (docket #123) | 4210-000 | | $228,011.30 | $8,413.00 |
| 12/28/2016 | (3) | Chicago Housing Authority | Account Receivable - Chicago Housing Authority - Pan-Oceanic Engineering | 1121-000 | $32,888.49 | | $41,301.49 |
| 12/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $502.70 | $40,798.79 |
| 01/30/2017 | (3) | Burling Builders | Account Receivable - settlement re ComEd project, per order dated 12/21/2016 (dkt #121) | 1121-000 | $50,000.00 | | $90,798.79 |
| 01/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $113.26 | $90,685.53 |
| 02/09/2017 | 3012 | International Sureties, Ltd | 2017 Bond Payment (VOID - amount incorrect) | 2300-003 | | $127.61 | $90,557.92 |
| 02/09/2017 | 3012 | VOID: International Sureties, Ltd | Void of Check# 3012 | 2300-003 | | ($127.61) | $90,685.53 |
| 02/09/2017 | 3013 | International Sureties, Ltd | 2017 Bond Payment (Bond #016073584) | 2300-000 | | $42.46 | $90,643.07 |
| 02/28/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $132.14 | $90,510.93 |
| 03/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $155.48 | $90,355.45 |
| 04/28/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $131.69 | $90,223.76 |
| 05/18/2017 | (3) | IHC Construction Companies LLC | Account receivable - IHC - settlement re Oriole project (per dkt #133) | 1121-000 | $5,000.00 | | $95,223.76 |
| 05/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $148.97 | $95,074.79 |
| 06/15/2017 | 3014 | BHARATI BELANI | Payment of secured claim pursuant to settlement order dated 06/08/2017 (dkt #137) | 4210-000 | | $25,000.00 | $70,074.79 |
| 06/23/2017 | | Transfer To: #*********4002 | Contribution to GUC Fund pursuant to cash collateral order filed May 4, 2016 (dkt #95) | 9999-000 | | $2,831.44 | $67,243.35 |
| 06/23/2017 | 3015 | Laurie and Brennan | Payment of attorney's fees per court order dated 11/30/2016 (dkt #115) (net of contribution to GUC Fund, per cash collateral order, dkt #95) | 3210-600 | | $15,000.00 | $52,243.35 |
| 06/23/2017 | 3016 | Laurie and Brennan | duplicate voided | 3210-603 | | $15,000.00 | $37,243.35 |
| 06/26/2017 | 3016 | VOID: Laurie and Brennan | duplicate check voided | 3210-603 | | ($15,000.00) | $52,243.35 |
| | | | **SUBTOTALS** | | $87,888.49 | $317,069.44 | |

FORM 2

Page No: 4          Exhibit B

CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 15-37840 | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | GENEX CORPORATION | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2813 | | Checking Acct #: | ******4001 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Genex Corporation, Debtor |
| For Period Beginning: | 11/5/2015 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/5/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/30/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $156.89 | $52,086.46 |
| 07/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $82.79 | $52,003.67 |
| 08/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $83.91 | $51,919.76 |
| 09/29/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $83.78 | $51,835.98 |
| 10/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $80.94 | $51,755.04 |
| 11/30/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $80.82 | $51,674.22 |
| 12/29/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $83.38 | $51,590.84 |
| 01/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $83.25 | $51,507.59 |
| 02/07/2018 | 3017 | International Sureties, Ltd | 2018 Bond Payment (Bond# 016073584) | 2300-000 | | $25.38 | $51,482.21 |
| 02/28/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $75.07 | $51,407.14 |
| 03/22/2018 | (3) | Advocate Health Care | Account Receivable - Advocate | 1121-000 | $1,881.25 | | $53,288.39 |
| 03/22/2018 | (3) | Advocate Health Care | Account Receivable - Advocate | 1121-000 | $1,050.00 | | $54,338.39 |
| 03/30/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $86.99 | $54,251.40 |
| 04/30/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $81.89 | $54,169.51 |
| 05/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $87.41 | $54,082.10 |
| 06/29/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $87.27 | $53,994.83 |

|  |  | | | **SUBTOTALS** | $2,931.25 | $1,179.77 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No.: | 15-37840 | |
| Case Name: | GENEX CORPORATION | |
| Primary Taxpayer ID #: | **-***2813 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 11/5/2015 | |
| For Period Ending: | 11/5/2018 | |

| | |
|---|---|
| Trustee Name: | David Leibowitz |
| Bank Name: | Green Bank |
| Checking Acct #: | ******4001 |
| Account Title: | Genex Corporation, Debtor |
| Blanket bond (per case limit): | $5,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $685,490.36 | $631,495.53 | $53,994.83 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $23,333.33 | |
| | | | **Subtotal** | | $685,490.36 | $608,162.20 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $685,490.36 | $608,162.20 | |

| For the period of 11/5/2015 to 11/5/2018 | | For the entire history of the account between 02/25/2016 to 11/5/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $685,490.36 | Total Compensable Receipts: | $685,490.36 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $685,490.36 | Total Comp/Non Comp Receipts: | $685,490.36 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $608,162.20 | Total Compensable Disbursements: | $608,162.20 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $608,162.20 | Total Comp/Non Comp Disbursements: | $608,162.20 |
| Total Internal/Transfer Disbursements: | $23,333.33 | Total Internal/Transfer Disbursements: | $23,333.33 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 15-37840 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | GENEX CORPORATION | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2813 | Checking Acct #: | ******4002 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Unsecured Creditors Carveout Account |
| For Period Beginning: | 11/5/2015 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/5/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
|---|---|---|---|---|---|---|---|
| 12/27/2016 | | Transfer From: #*********4001 | Contribution to unsecured creditors' fund from moneys collected as of 12/27/2016, pursuant to carve-out provisions of cash collateral order (dkt #95) | 9999-000 | $20,501.89 | | $20,501.89 |
| 12/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $5.33 | $20,496.56 |
| 01/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $33.07 | $20,463.49 |
| 02/28/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $29.82 | $20,433.67 |
| 03/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $35.10 | $20,398.57 |
| 04/28/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $29.73 | $20,368.84 |
| 05/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $32.86 | $20,335.98 |
| 06/23/2017 | | Transfer From: #*********4001 | Contribution to GUC Fund pursuant to terms of cash collateral order (dkt #95) | 9999-000 | $2,831.44 | | $23,167.42 |
| 06/30/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $35.34 | $23,132.08 |
| 07/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $34.91 | $23,097.17 |
| 08/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $37.27 | $23,059.90 |
| 09/29/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $37.21 | $23,022.69 |
| 10/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $35.95 | $22,986.74 |
| 11/30/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $35.89 | $22,950.85 |
| 12/29/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $37.03 | $22,913.82 |
| 01/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $36.97 | $22,876.85 |
| 02/28/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $33.34 | $22,843.51 |
| 03/30/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $38.05 | $22,805.46 |
| 04/30/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $34.42 | $22,771.04 |
| 05/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $36.74 | $22,734.30 |
| 06/29/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $36.68 | $22,697.62 |
| | | | **SUBTOTALS** | | $23,333.33 | $635.71 | |

Exhibit B

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-37840 | | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|---|
| Case Name: | GENEX CORPORATION | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2813 | | | Checking Acct #: | ******4002 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | Unsecured Creditors Carveout Account |
| For Period Beginning: | 11/5/2015 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/5/2018 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| | | | **TOTALS:** | | $23,333.33 | $635.71 | $22,697.62 |
| | | | **Less: Bank transfers/CDs** | | $23,333.33 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $635.71 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $635.71 | |

| **For the period of 11/5/2015 to 11/5/2018** | | **For the entire history of the account between 12/27/2016 to 11/5/2018** | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $23,333.33 | Total Internal/Transfer Receipts: | $23,333.33 |
| | | | |
| Total Compensable Disbursements: | $635.71 | Total Compensable Disbursements: | $635.71 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $635.71 | Total Comp/Non Comp Disbursements: | $635.71 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 8                        Exhibit B

| Case No. | 15-37840 | | | | | | Trustee Name: | David Leibowitz |
| Case Name: | GENEX CORPORATION | | | | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2813 | | | | | | Checking Acct #: | ******4002 |
| Co-Debtor Taxpayer ID #: | | | | | | | Account Title: | Unsecured Creditors Carveout Account |
| For Period Beginning: | 11/5/2015 | | | | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/5/2018 | | | | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | | $685,490.36 | $608,797.91 | $76,692.45 |

| For the period of 11/5/2015 to 11/5/2018 | | For the entire history of the case between 11/05/2015 to 11/5/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $685,490.36 | Total Compensable Receipts: | $685,490.36 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $685,490.36 | Total Comp/Non Comp Receipts: | $685,490.36 |
| Total Internal/Transfer Receipts: | $23,333.33 | Total Internal/Transfer Receipts: | $23,333.33 |
| | | | |
| Total Compensable Disbursements: | $608,797.91 | Total Compensable Disbursements: | $608,797.91 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $608,797.91 | Total Comp/Non Comp Disbursements: | $608,797.91 |
| Total Internal/Transfer Disbursements: | $23,333.33 | Total Internal/Transfer Disbursements: | $23,333.33 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

# CLAIM ANALYSIS REPORT

Page No: 1

Exhibit C

| Case No.: | 15-37840 | | | | | | | Trustee Name: David Leibowitz |
|---|---|---|---|---|---|---|---|---|
| Case Name: | GENEX CORPORATION | | | | | | | Date: 11/5/2018 |
| Claims Bar Date: | 05/19/2016 | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| | DAVID P. LEIBOWITZ<br><br>53 West Jackson Boulevard, Suite 1115 Chicago IL 60604 | Trustee Compensation | Allowed | 2100-000 | $37,524.52 | $0.00 | $0.00 | $0.00 | $37,524.52 |
| | DAVID P. LEIBOWITZ<br><br>53 West Jackson Boulevard, Suite 1115 Chicago IL 60604 | Trustee Expenses | Allowed | 2200-000 | $279.12 | $0.00 | $0.00 | $0.00 | $279.12 |
| | OFFICE OF THE CLERK UNITED STATES BANKRUPTCY COURT<br><br>219 S. Dearborn Street Suite 713 Chicago IL 60604 | Clerk of the Court Costs (includes adversary and other filing fees) | Allowed | 2700-000 | $700.00 | $0.00 | $0.00 | $0.00 | $700.00 |

**Claim Notes:** Docket #142

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| | LAKELAW<br><br>53 West Jackson Boulevard Suite 1115 Chicago IL 60604 | Attorney for Trustee Expenses (Trustee Firm) | Allowed | 3120-000 | $1,213.71 | $0.00 | $0.00 | $0.00 | $1,213.71 |
| | LAKELAW<br><br>53 West Jackson Boulevard Suite 1115 Chicago IL 60604 | Attorney for Trustee Fees (Trustee Firm) | Allowed | 3110-000 | $5,000.00 | $0.00 | $0.00 | $0.00 | $5,000.00 |
| | LAURIE AND BRENNAN<br><br>Two North Riverside Plaza Suite 1750 Chicago IL 60606 | Special Counsel for Trustee Expenses | Allowed | 3220-610 | $4,818.65 | $0.00 | $0.00 | $0.00 | $4,818.65 |
| | LAURIE AND BRENNAN<br><br>Two North Riverside Plaza Suite 1750 Chicago IL 60606 | Special Counsel for Trustee Fees | Allowed | 3210-600 | $70,000.00 | $70,000.00 | $0.00 | $0.00 | $0.00 |

| Case No.: | 15-37840 | | | | | | | | Trustee Name: David Leibowitz |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | GENEX CORPORATION | | | | | | | | Date: 11/5/2018 |
| Claims Bar Date: | 05/19/2016 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| | LOIS WEST<br><br>35 East Wacker Drive Suite 690 Chicago IL 60601 | Accountant for Trustee Expenses (Other Firm) | Allowed | 3420-000 | $7.00 | $0.00 | $0.00 | $0.00 | $7.00 |
| | LOIS WEST<br><br>35 East Wacker Drive Suite 690 Chicago IL 60601 | Accountant for Trustee Fees (Other Firm) | Allowed | 3410-000 | $2,425.50 | $0.00 | $0.00 | $0.00 | $2,425.50 |
| 25 | AMALGAMATED BANK OF CHICAGO<br><br>30 N. LaSalle St. Chicago IL 60602 | Pers. Prop. and Intangibles--Consensual Liens (UCC, chattel, PMSI) | Allowed | 4210-000 | $228,011.30 | $228,011.30 | $0.00 | $0.00 | $0.00 |

**Claim Notes:**     Bank's claim was filed as fully secured in the amount of $423,632.82; Trustee paid $228,011.30 pursuant to order entered 12/21/2016 (docket #123); balance of claim, in the amount of $195,621.52, was thereafter paid by guarantor, Bharati Belani, who filed claim 37 for the $195,621.52 paid to the bank, claiming fully secured status as alleged subrogee.  By order dated 06/08/2017 (dkt #137) entered on the Trustee's motion to approve settlement with Belani (dkt #136), claim 37 was allowed as secured in the amount of $25,000 and general unsecured in the amount of $170,621.52, and the Trustee was authorized to pay the secured portion.

| 37 | BHARATI BELANI<br><br>Mitchell Elliot Jones c/o Jones Law Offices 516 Keeney Street Evanston IL 60202 | Pers. Prop. and Intangibles--Consensual Liens (UCC, chattel, PMSI) | Allowed | 4210-000 | $25,000.00 | $25,000.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:**     Per order dated 6/8/2017 (dkt #137): "Claim 37 is hereby allowed as a secured claim in the amount of $25,000 and as a general unsecured claim in the amount of $170,621.52."

| Case No.: | 15-37840 | | | | | | | Trustee Name: David Leibowitz |
| Case Name: | GENEX CORPORATION | | | | | | | Date: 11/5/2018 |
| Claims Bar Date: | 05/19/2016 | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 27 | INTERSTATE ELECTRONICS COMPANY<br><br>c/o Matthew A. Olins, Esq.<br>Duane Morris LLP<br>190 S. LaSalle St., Suite 3700<br>Chicago IL 60603 | Pers. Prop. and Intangibles--Nonconsensual Liens (judgements, storage liens) | Withdrawn | 4220-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | Claim withdrawn on 05/08/2017 (dkt #135) | | | | | | | | |
| 2 | APPLIED COMMUNICATIONS GROUP<br>1015 Lunt Ave<br>Schaumburg IL 60193 | Wages | Amended | 5300-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35 | C W OLSON & COMPANY<br>Stein Ray LLP<br>222 West Adams Street, Suite 1800<br>Chicago IL 60606 | Wages | Allowed | 5300-000 | $7,633.21 | $0.00 | $0.00 | $0.00 | $7,633.21 |
| 7 | NATIONAL ELECTRICAL BENEFIT FUNK (NEBF)<br><br>Angel Losquadro, NEBF<br>2400 Research Blvd<br>Rockville MD 20850 | Contributions to Employee Benefit Plans | Amended | 5400-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7A | NATIONAL ELECTRICAL BENEFIT FUND (NEBF)<br><br>Angel Losquadro, NEBF<br>2400 Research Blvd Suite 500<br>Rockville MD 20850 | Contributions to Employee Benefit Plans | Allowed | 5400-000 | $22,057.70 | $0.00 | $0.00 | $0.00 | $22,057.70 |
| **Claim Notes:** | (Claim was originally entered through Clerk's error as Claim 23, but Clerk re-entered it as Claim 7-2 on 08/14/2018, since it amends Claim 7-1.) | | | | | | | | |
| 23 | NATIONAL ELECTRICAL BENEFIT FUND (NEBF)<br><br>Angel Losquadro, NEBF<br>2400 Research Blvd Suite 500<br>Rockville MD 20850 | Contributions to Employee Benefit Plans | Amended | 5400-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | (This claim was originally entered through Clerk's error as Claim 23, but Clerk re-entered it as Claim 7-2 on 08/14/2018, since it amends Claim 7-1.) | | | | | | | | |

CLAIMS ANALYSIS REPORT

Page No: 4

Exhibit C

| Case No. | 15-37840 | | | | | | | Trustee Name: David Leibowitz |
| Case Name: | GENEX CORPORATION | | | | | | | Date: 11/5/2018 |
| Claims Bar Date: | 05/19/2016 | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 28 | ELECTRICAL INSURANCE TRUSTEES<br><br>Tenney & Bentley, LLC<br>111 W. Washington ST., Ste. 1900<br>Chicago IL 60602 | Contributions to Employee Benefit Plans | Allowed | 5400-000 | $76,349.43 | $0.00 | $0.00 | $0.00 | $76,349.43 |
| 10 | ILLINOIS DEPARTMENT OF REVENUE<br>Bankruptcy Section<br>P O Box 64338<br>Chicago IL 60664-0338 | Claims of Governmental Units | Allowed | 5800-000 | $17,445.29 | $0.00 | $0.00 | $0.00 | $17,445.29 |
| 1 | LIGHTNING PROTECTION SYSTEMS, LLC<br>d/b/a VFC<br>c/o Kirk Partridge<br>VFC<br>90 Cutler Drive<br>North Salt Lake UT 84054 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $20,055.00 | $0.00 | $0.00 | $0.00 | $20,055.00 |
| 2-1 | APPLIED COMMUNICATIONS GROUP<br>1015 Lunt Ave<br>Schaumburg IL 60193 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $13,839.00 | $0.00 | $0.00 | $0.00 | $13,839.00 |
| 3 | ACTIVE ELECTRICAL SUPPLY COMPANY<br><br>C/O James P. Ziegler<br>Stone Pogrund & Korey LLC<br>1 E Wacker Drive Suite 2610<br>Chicago IL 60601 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $503,858.17 | $0.00 | $0.00 | $0.00 | $503,858.17 |
| 4 | CONSOLIDATED ELECTRICAL DISTRIBUTORS INC.<br>C/O James P. Ziegler<br>Stone Pogrund & Korey LLC<br>1 E Wacker Drive Suite 2610<br>Chicago IL 60601 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $309,015.75 | $0.00 | $0.00 | $0.00 | $309,015.75 |

| Case No.: | 15-37840 | | | | | | Trustee Name: | David Leibowitz |
| Case Name: | GENEX CORPORATION | | | | | | Date: | 11/5/2018 |
| Claims Bar Date: | 05/19/2016 | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 5 | ACUITY, A MUTUAL INSURANCE COMPANY c/o Kohner, Mann & Kailas, S.C. 4650 N. Port Washington Road Milwaukee WI 53212 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $17,476.00 | $0.00 | $0.00 | $0.00 | $17,476.00 |
| 6 | HUMANA, INC c/o RMS (an IQor Company) P.O. Box 361345 Columbus OH 43236 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $4,151.85 | $0.00 | $0.00 | $0.00 | $4,151.85 |
| 7B | NATIONAL ELECTRICAL BENEFIT FUND (NEBF) Angel Losquadro, NEBF 2400 Research Blvd Suite 500 Rockville MD 20850 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $7,423.74 | $0.00 | $0.00 | $0.00 | $7,423.74 |

**Claim Notes:**    (Claim was originally entered through Clerk's error as Claim 23, but Clerk re-entered it as Claim 7-2 on 08/14/2018, since it amends Claim 7-1.)

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 8 | PEAK ELECTRIC, INC. Attn:  William H. Hrabak, Jr. 835 McClintock Drive Second Floor Burr Ridge IL 60527 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $23,681.00 | $0.00 | $0.00 | $0.00 | $23,681.00 |
| 9 | PEAK ELECTRIC, INC. Attn:  William H. Hrabak, Jr. 835 McClintock Drive Second Floor Burr Ridge IL 60527 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $61,000.00 | $0.00 | $0.00 | $0.00 | $61,000.00 |
| 11 | WIRTZ RENTALS CO. c/o American Financial Management, Inc. 8755 West Higgins Road, Suite 610 Chicago IL 60631-2751 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $14,391.12 | $0.00 | $0.00 | $0.00 | $14,391.12 |
| 12 | STEVENSON CRANE SERVICE, INC. 216 S. Jefferson Street Suite 301 Chicago IL 60661 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $1,275.00 | $0.00 | $0.00 | $0.00 | $1,275.00 |

CLAIM ANALYSIS REPORT

Page No: 6

Exhibit C

| Case No. | 15-37840 | | | | | | | Trustee Name: David Leibowitz |
|---|---|---|---|---|---|---|---|---|
| Case Name: | GENEX CORPORATION | | | | | | | Date: 11/5/2018 |

Claims Bar Date: 05/19/2016

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 13 | FIRECO, INC<br><br>11316 S. Natoma Ave<br>Worth IL 60482 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $3,275.00 | $0.00 | $0.00 | $0.00 | $3,275.00 |
| 14 | FAAC INTERNATIONAL INC.<br>3160 Murrell Rd<br>Rockledge FL 32955 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $8,075.50 | $0.00 | $0.00 | $0.00 | $8,075.50 |
| 15 | MADISON STREET CAPITAL ADVISORS, LLC<br>c/o Teller Levit & Silvertrust, P.C.<br>19 S. LaSalle St. - Suite 701<br>Chicago IL 60603 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $20,105.70 | $0.00 | $0.00 | $0.00 | $20,105.70 |
| 16 | NAGELS NORTH AMERICA, LLC<br><br>101 Federal Street, Ste 1900<br>Boston MA 02110-1861 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $11,756.89 | $0.00 | $0.00 | $0.00 | $11,756.89 |
| 17 | NEW UNITED INC.ELECT. CONTRACTOR<br>1544 Burgundy Parkway<br>Streamwood IL 60107 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $5,952.00 | $0.00 | $0.00 | $0.00 | $5,952.00 |

Claim Notes:     Per order at dkt #148: Claim No. 17 is denied secured status and is allowed as a general unsecured claim in the amount of $5,952.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 18 | AFFILIATED CUSTOMER SERVICE, INC<br>1441 Branding Ave Suite 260<br>Downers Grove IL 60515 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $18,511.00 | $0.00 | $0.00 | $0.00 | $18,511.00 |
| 19 | PAC VAN, INC.<br><br>c/o Rubin & Levin, P.C.<br>135 N. Pennsylvania St., Suite 1400<br>Indianapolis IN 46204 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $6,874.94 | $0.00 | $0.00 | $0.00 | $6,874.94 |
| 21 | PHOENIX BUSINESS SOLUTIONS, LLC<br><br>Attn:  P. Hrindak<br>12543 S. Laramie<br>Alsip IL 60803 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $167,425.00 | $0.00 | $0.00 | $0.00 | $167,425.00 |

| Case No.: | 15-37840 | | | | | | | Trustee Name: David Leibowitz |
| Case Name: | GENEX CORPORATION | | | | | | | Date: 11/5/2018 |
| Claims Bar Date: | 05/19/2016 | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 22 | COBRA CONCRETE CUTTING SERVICES CO<br>2416 E. Oakton<br>Arlington Heights IL 60005 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $6,560.00 | $0.00 | $0.00 | $0.00 | $6,560.00 |
| 23A | NATIONAL ELECTRICAL BENEFIT FUND (NEBF)<br>Angel Losquadro, NEBF<br>2400 Research Blvd Suite 500<br>Rockville MD 20850 | General Unsecured § 726(a)(2) | Amended | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:** (This claim was originally entered through Clerk's error as Claim 23, but Clerk re-entered it as Claim 7-2 on 08/14/2018, since it amends Claim 7-1.)

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 24 | UNITED RENTALS (NORTH AMERICA ), INC.<br>c/o Mark A Kirkorsky PC<br>PO Box 25287<br>Tempe AZ 85285 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $67,755.35 | $0.00 | $0.00 | $0.00 | $67,755.35 |
| 26 | BURLING BUILDERS, INC.<br>c/o Paul L Ratelle<br>333 South Seventh Street, Suite 2600<br>Minneapolis MN 55402 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $1,000,000.00 | $0.00 | $0.00 | $0.00 | $1,000,000.00 |

**Claim Notes:** Per order dated 12/21/2016 at docket #124:  "Burling Builders, Inc.'s Proof of Claim is approved and established as a valid unsecured claim against the Estate of Genex in the principal amount of $1,000,000, which claim shall be paid, if at all, from the proceeds of the Estate of Genex in accordance with the priorities afforded to other general unsecured creditors of the Estate of Genex."

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 27A | INTERSTATE ELECTRONICS COMPANY<br>c/o Matthew A. Olins, Esq.<br>Duane Morris LLP<br>190 S. LaSalle St., Suite 3700<br>Chicago IL 60603 | General Unsecured § 726(a)(2) | Withdrawn | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:** Claim withdrawn on 05/08/2017 (dkt #135)

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 28a | ELECTRICAL INSURANCE TRUSTEES<br>Tenney & Bentley, LLC<br>111 W. Washington ST., Ste. 1900<br>Chicago IL 60602 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $15,269.88 | $0.00 | $0.00 | $0.00 | $15,269.88 |

Exhibit C

| Case No. | 15-37840 | | | | | | | Trustee Name: David Leibowitz |
| Case Name: | GENEX CORPORATION | | | | | | | Date: 11/5/2018 |
| Claims Bar Date: | 05/19/2016 | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 29 | QIS, INC<br><br>10938 S. Western Ave<br>Chicago IL 60643 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $5,509.00 | $0.00 | $0.00 | $0.00 | $5,509.00 |
| 30 | WIGHT CONSTRUCTION<br><br>c/o Ira Bodenstein<br>Shaw Fishman Glantz & Towbin<br>321 N Clark St #800<br>Chicago IL 60654 | General Unsecured § 726(a)(2) | Withdrawn | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:**      Claim withdrawn pursuant to global settlement (docket #112)

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 31 | WIGHT CONSTRUCTION, INC.<br><br>c/o Ira Bodenstein<br>Shaw Fishman Glantz & Towbin<br>321 N Clark St #800<br>Chicago IL 60654 | General Unsecured § 726(a)(2) | Withdrawn | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:**      Claim withdrawn pursuant to global settlement (docket #112)

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 32 | WIGHT CONSTRUCTION SERVICES, INC.<br>c/o Ira Bodenstein<br>Shaw Fishman Glantz & Towbin<br>321 N Clark St #800<br>Chicago IL 60654 | General Unsecured § 726(a)(2) | Withdrawn | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:**      Claim withdrawn pursuant to global settlement (docket #112)

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 33 | WIGHT & COMPANY<br><br>c/o Ira Bodenstein<br>Shaw Fishman Glantz & Towbin<br>321 N Clark St #800<br>Chicago IL 60654 | General Unsecured § 726(a)(2) | Withdrawn | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:**      Claim withdrawn pursuant to global settlement (docket #112)

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 34 | MALKO COMMUNICATIONS SERVICES, LLC<br>5401 Fargo Ave<br>Skokie IL 60077 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $179,960.28 | $0.00 | $0.00 | $0.00 | $179,960.28 |

| Case No. | 15-37840 | | | | | | | Trustee Name: David Leibowitz |
|---|---|---|---|---|---|---|---|---|
| Case Name: | GENEX CORPORATION | | | | | | | Date: 11/5/2018 |
| Claims Bar Date: | 05/19/2016 | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 35a | C W OLSON & COMPANY<br><br>Stein Ray LLP<br>222 West Adams Street, Suite 1800<br>Chicago IL 60606 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $374,526.02 | $0.00 | $0.00 | $0.00 | $374,526.02 |
| 36 | GOLDEN EAGLE COMMUNITY BANK<br><br>c/o William S. Hackney<br>150 North Michigan Avenue; Suite 3300<br>Chicago IL 60601 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $2,345.00 | $0.00 | $0.00 | $0.00 | $2,345.00 |
| 37a | BHARATI BELANI<br><br>Mitchell Elliot Jones<br>c/o Jones Law Offices<br>516 Keeney Street<br>Evanston IL 60202 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $170,621.52 | $0.00 | $0.00 | $0.00 | $170,621.52 |

**Claim Notes:**    Per order dated 6/8/2017 (dkt #137): "Claim 37 is hereby allowed as a secured claim in the amount of $25,000 and as a general unsecured claim in the amount of $170,621.52."

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 20 | AMERICAN EXPRESS BANK, FSB<br><br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $14,214.00 | $0.00 | $0.00 | $0.00 | $14,214.00 |
| 10a | ILLINOIS DEPARTMENT OF REVENUE<br>Bankruptcy Section<br>P O Box 64338<br>Chicago IL 60664-0338 | Fines, Penalties § 726(a)(4) | Allowed | 7300-000 | $1,812.80 | $0.00 | $0.00 | $0.00 | $1,812.80 |
| | | | | | $3,555,181.94 | $323,011.30 | $0.00 | $0.00 | $3,232,170.64 |

CLAIM ANALYSIS REPORT

Page No: 10
Exhibit C

| Case No. | 15-37840 | | | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|---|---|
| Case Name: | GENEX CORPORATION | | | | | Date: 11/5/2018 |
| Claims Bar Date: | 05/19/2016 | | | | | |

### CLAIM CLASS SUMMARY TOTALS

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Accountant for Trustee Expenses (Other Firm) | $7.00 | $7.00 | $0.00 | $0.00 | $0.00 | $7.00 |
| Accountant for Trustee Fees (Other Firm) | $2,425.50 | $2,425.50 | $0.00 | $0.00 | $0.00 | $2,425.50 |
| Attorney for Trustee Expenses (Trustee Firm) | $1,213.71 | $1,213.71 | $0.00 | $0.00 | $0.00 | $1,213.71 |
| Attorney for Trustee Fees (Trustee Firm) | $21,705.00 | $5,000.00 | $0.00 | $0.00 | $0.00 | $5,000.00 |
| Claims of Governmental Units | $17,445.29 | $17,445.29 | $0.00 | $0.00 | $0.00 | $17,445.29 |
| Clerk of the Court Costs (includes adversary and other filing fees) | $700.00 | $700.00 | $0.00 | $0.00 | $0.00 | $700.00 |
| Contributions to Employee Benefit Plans | $98,407.13 | $98,407.13 | $0.00 | $0.00 | $0.00 | $98,407.13 |
| Fines, Penalties § 726(a)(4) | $1,812.80 | $1,812.80 | $0.00 | $0.00 | $0.00 | $1,812.80 |
| General Unsecured § 726(a)(2) | $6,965,177.53 | $3,040,689.71 | $0.00 | $0.00 | $0.00 | $3,040,689.71 |
| Payments to Unsecured Credit Card Holders | $14,214.00 | $14,214.00 | $0.00 | $0.00 | $0.00 | $14,214.00 |
| Pers. Prop. and Intangibles--Consensual Liens (UCC, chattel, PMSI) | $448,632.82 | $253,011.30 | $253,011.30 | $0.00 | $0.00 | $0.00 |
| Pers. Prop. and Intangibles--Nonconsensual Liens (judgements, storage liens) | $61,609.19 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Special Counsel for Trustee Expenses | $4,818.65 | $4,818.65 | $0.00 | $0.00 | $0.00 | $4,818.65 |
| Special Counsel for Trustee Fees | $93,333.33 | $70,000.00 | $70,000.00 | $0.00 | $0.00 | $0.00 |
| Trustee Compensation | $37,524.52 | $37,524.52 | $0.00 | $0.00 | $0.00 | $37,524.52 |
| Trustee Expenses | $279.12 | $279.12 | $0.00 | $0.00 | $0.00 | $279.12 |
| Wages | $21,472.21 | $7,633.21 | $0.00 | $0.00 | $0.00 | $7,633.21 |

Exhibit D

### TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:      15-37840
Case Name:     GENEX CORPORATION
Trustee Name:  David P. Leibowitz

Balance on hand:     $76,692.45

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 25 | Amalgamated Bank of Chicago | $423,632.82 | $228,011.30 | $228,011.30 | $0.00 |
| 27 | Interstate Electronics Company | $61,609.19 | $0.00 | $0.00 | $0.00 |
| 37 | BHARATI BELANI | $25,000.00 | $25,000.00 | $25,000.00 | $0.00 |

Total to be paid to secured creditors:     $0.00
Remaining balance:     $76,692.45

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David P. Leibowitz, Trustee Fees | $37,524.52 | $0.00 | $37,524.52 |
| David P. Leibowitz, Trustee Expenses | $279.12 | $0.00 | $279.12 |
| Lakelaw, Attorney for Trustee Fees | $5,000.00 | $0.00 | $5,000.00 |
| Lakelaw, Attorney for Trustee Expenses | $1,213.71 | $0.00 | $1,213.71 |
| Lois West, Accountant for Trustee Fees | $2,425.50 | $0.00 | $2,425.50 |
| Lois West, Accountant for Trustee Expenses | $7.00 | $0.00 | $7.00 |
| Office of the Clerk United States Bankruptcy Court, Clerk of the Court Costs | $700.00 | $0.00 | $700.00 |
| Other: Laurie & Brennan LLP, Special Counsel for Trustee Fees | $70,000.00 | $45,000.00 | $0.00 |
| Other: Laurie and Brennan, Special Counsel for Trustee Fees | $70,000.00 | $25,000.00 | $0.00 |
| Other: Laurie and Brennan, Special Counsel for Trustee Expenses | $4,818.65 | $0.00 | $4,818.65 |

Total to be paid for chapter 7 administrative expenses:     $51,968.50
Remaining balance:     $24,723.95

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses:     $0.00
Remaining balance:     $24,723.95

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $123,485.63 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 7A | National Electrical Benefit Fund (NEBF) | $22,057.70 | $0.00 | $3,830.84 |
| 10 | Illinois Department of Revenue | $17,445.29 | $0.00 | $0.00 |
| 28 | Electrical Insurance Trustees | $76,349.43 | $0.00 | $13,259.90 |
| 35 | C W Olson & Company | $7,633.21 | $0.00 | $7,633.21 |

Total to be paid to priority claims:     $24,723.95
Remaining balance:     $0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $3,054,903.71 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Lightning Protection Systems, LLC | $20,055.00 | $0.00 | $0.00 |
| 2-1 | Applied Communications Group | $13,839.00 | $0.00 | $0.00 |
| 3 | Active Electrical Supply Company | $503,858.17 | $0.00 | $0.00 |
| 4 | Consolidated Electrical Distributors Inc. | $309,015.75 | $0.00 | $0.00 |

| 5 | Acuity, A Mutual Insurance Company | $17,476.00 | $0.00 | $0.00 |
|---|---|---|---|---|
| 6 | Humana, Inc | $4,151.85 | $0.00 | $0.00 |
| 7B | National Electrical Benefit Fund (NEBF) | $7,423.74 | $0.00 | $0.00 |
| 8 | Peak Electric, Inc. | $23,681.00 | $0.00 | $0.00 |
| 9 | Peak Electric, Inc. | $61,000.00 | $0.00 | $0.00 |
| 11 | Wirtz Rentals Co. | $14,391.12 | $0.00 | $0.00 |
| 12 | Stevenson Crane Service, Inc. | $1,275.00 | $0.00 | $0.00 |
| 13 | Fireco, Inc | $3,275.00 | $0.00 | $0.00 |
| 14 | FAAC International Inc. | $8,075.50 | $0.00 | $0.00 |
| 15 | Madison Street Capital Advisors, LLC | $20,105.70 | $0.00 | $0.00 |
| 16 | Nagels North America, LLC | $11,756.89 | $0.00 | $0.00 |
| 17 | New United Inc.Elect. Contractor | $5,952.00 | $0.00 | $0.00 |
| 18 | Affiliated Customer Service, Inc | $18,511.00 | $0.00 | $0.00 |
| 19 | Pac Van, Inc. | $6,874.94 | $0.00 | $0.00 |
| 20 | American Express Bank, FSB | $14,214.00 | $0.00 | $0.00 |
| 21 | Phoenix Business Solutions, LLC | $167,425.00 | $0.00 | $0.00 |
| 22 | Cobra Concrete Cutting Services Co | $6,560.00 | $0.00 | $0.00 |
| 23A | National Electrical Benefit Fund (NEBF) | $0.00 | $0.00 | $0.00 |
| 24 | United Rentals (North America ), Inc. | $67,755.35 | $0.00 | $0.00 |
| 26 | Burling Builders, Inc. | $1,000,000.00 | $0.00 | $0.00 |
| 28a | Electrical Insurance Trustees | $15,269.88 | $0.00 | $0.00 |
| 29 | QIS, INC | $5,509.00 | $0.00 | $0.00 |
| 34 | Malko Communications Services, LLC | $179,960.28 | $0.00 | $0.00 |
| 35a | C W Olson & Company | $374,526.02 | $0.00 | $0.00 |
| 36 | Golden Eagle Community Bank | $2,345.00 | $0.00 | $0.00 |
| 37a | BHARATI BELANI | $170,621.52 | $0.00 | $0.00 |

Total to be paid to timely general unsecured claims:  $0.00
Remaining balance:  $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims:        $0.00

Remaining balance:        $0.00

        Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $1,812.80 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

        Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 10a | Illinois Department of Revenue | $1,812.80 | $0.00 | $0.00 |

Total to be paid for subordinated claims:        $0.00

Remaining balance:        $0.00