**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 15-37840 |
| | § | |
| GENEX CORPORATION | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 01/03/2019, in Courtroom 742, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  12/13/2018            By:  /s/ David P. Leibowitz
                                              Trustee

David P. Leibowitz
53 West Jackson Boulevard, Suite 1115
Chicago, IL 60604

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | Case No. 15-37840 |
|---|---|---|
| | § | |
| GENEX CORPORATION | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of* $685,490.36
*and approved disbursements of* $608,797.91
*leaving a balance on hand of[1]:* $76,692.45

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 25 | Amalgamated Bank of Chicago | $423,632.82 | $228,011.30 | $228,011.30 | $0.00 |
| 27 | Interstate Electronics Company | $61,609.19 | $0.00 | $0.00 | $0.00 |
| 37 | BHARATI BELANI | $25,000.00 | $25,000.00 | $25,000.00 | $0.00 |

Total to be paid to secured creditors: $0.00
Remaining balance: $76,692.45

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David P. Leibowitz, Trustee Fees | $37,524.52 | $0.00 | $37,524.52 |
| David P. Leibowitz, Trustee Expenses | $279.12 | $0.00 | $279.12 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| | | | |
|---|---:|---:|---:|
| Lakelaw, Attorney for Trustee Fees | $5,000.00 | $0.00 | $5,000.00 |
| Lakelaw, Attorney for Trustee Expenses | $1,213.71 | $0.00 | $1,213.71 |
| Lois West, Accountant for Trustee Fees | $2,425.50 | $0.00 | $2,425.50 |
| Lois West, Accountant for Trustee Expenses | $7.00 | $0.00 | $7.00 |
| Office of the Clerk United States Bankruptcy Court, Clerk of the Court Costs | $700.00 | $0.00 | $700.00 |
| Other: Laurie & Brennan LLP, Special Counsel for Trustee Fees | $70,000.00 | $45,000.00 | $0.00 |
| Other: Laurie and Brennan, Special Counsel for Trustee Fees | $70,000.00 | $25,000.00 | $0.00 |
| Other: Laurie and Brennan, Special Counsel for Trustee Expenses | $4,818.65 | $0.00 | $4,818.65 |

Total to be paid for chapter 7 administrative expenses:   $51,968.50
Remaining balance:   $24,723.95

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses:   $0.00
Remaining balance:   $24,723.95

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $123,485.63 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 7A | National Electrical Benefit Fund (NEBF) | $22,057.70 | $0.00 | $3,830.84 |
| 10 | Illinois Department of Revenue | $17,445.29 | $0.00 | $0.00 |
| 28 | Electrical Insurance Trustees | $76,349.43 | $0.00 | $13,259.90 |
| 35 | C W Olson & Company | $7,633.21 | $0.00 | $7,633.21 |

Total to be paid to priority claims:   $24,723.95
Remaining balance:   $0.00

**UST Form 101-7-NFR (10/1/2010)**

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $3,054,903.71 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Lightning Protection Systems, LLC | $20,055.00 | $0.00 | $0.00 |
| 2-1 | Applied Communications Group | $13,839.00 | $0.00 | $0.00 |
| 3 | Active Electrical Supply Company | $503,858.17 | $0.00 | $0.00 |
| 4 | Consolidated Electrical Distributors Inc. | $309,015.75 | $0.00 | $0.00 |
| 5 | Acuity, A Mutual Insurance Company | $17,476.00 | $0.00 | $0.00 |
| 6 | Humana, Inc | $4,151.85 | $0.00 | $0.00 |
| 7B | National Electrical Benefit Fund (NEBF) | $7,423.74 | $0.00 | $0.00 |
| 8 | Peak Electric, Inc. | $23,681.00 | $0.00 | $0.00 |
| 9 | Peak Electric, Inc. | $61,000.00 | $0.00 | $0.00 |
| 11 | Wirtz Rentals Co. | $14,391.12 | $0.00 | $0.00 |
| 12 | Stevenson Crane Service, Inc. | $1,275.00 | $0.00 | $0.00 |
| 13 | Fireco, Inc | $3,275.00 | $0.00 | $0.00 |
| 14 | FAAC International Inc. | $8,075.50 | $0.00 | $0.00 |
| 15 | Madison Street Capital Advisors, LLC | $20,105.70 | $0.00 | $0.00 |
| 16 | Nagels North America, LLC | $11,756.89 | $0.00 | $0.00 |
| 17 | New United Inc.Elect. Contractor | $5,952.00 | $0.00 | $0.00 |
| 18 | Affiliated Customer Service, Inc | $18,511.00 | $0.00 | $0.00 |
| 19 | Pac Van, Inc. | $6,874.94 | $0.00 | $0.00 |
| 20 | American Express Bank, FSB | $14,214.00 | $0.00 | $0.00 |
| 21 | Phoenix Business Solutions, LLC | $167,425.00 | $0.00 | $0.00 |
| 22 | Cobra Concrete Cutting Services Co | $6,560.00 | $0.00 | $0.00 |
| 23A | National Electrical Benefit Fund (NEBF) | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| 24 | United Rentals (North America ), Inc. | $67,755.35 | $0.00 | $0.00 |
| 26 | Burling Builders, Inc. | $1,000,000.00 | $0.00 | $0.00 |
| 28a | Electrical Insurance Trustees | $15,269.88 | $0.00 | $0.00 |
| 29 | QIS, INC | $5,509.00 | $0.00 | $0.00 |
| 34 | Malko Communications Services, LLC | $179,960.28 | $0.00 | $0.00 |
| 35a | C W Olson & Company | $374,526.02 | $0.00 | $0.00 |
| 36 | Golden Eagle Community Bank | $2,345.00 | $0.00 | $0.00 |
| 37a | BHARATI BELANI | $170,621.52 | $0.00 | $0.00 |

Total to be paid to timely general unsecured claims: $0.00
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $1,812.80 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 10a | Illinois Department of Revenue | $1,812.80 | $0.00 | $0.00 |

Total to be paid for subordinated claims: $0.00
Remaining balance: $0.00

**UST Form 101-7-NFR (10/1/2010)**

                                                           Prepared By:  /s/ David P. Leibowitz
                                                                                     Trustee

David P. Leibowitz
53 West Jackson Boulevard, Suite 1115
Chicago, IL 60604

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**