## UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 7** |
| | ) | |
| **GENEX CORPORATION** | ) | |
| | ) | **Bankruptcy No. 15-37840** |
| | ) | |
| **Debtor.** | ) | **Honorable Carol A. Doyle** |
| | ) | |

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that on December 13, 2018, she caused a copy of the attached Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) to be served upon each person shown on the attached service list by the methods indicated therein.

Date: December 13, 2018

_/s/ Rachel A. Leibowitz_
Paralegal

Law Offices of David P. Leibowitz, LLC,
  f/d/b/a Lakelaw
53 W. Jackson Blvd., Suite 1115
Chicago, Illinois 60604
312.360.1501

## SERVICE LIST

*Via First Class U.S. Mail:*

Lightning Protection Systems, LLC
Kirk Partridge
d/b/a VFC
90 Cutler Drive
North Salt Lake, UT 84054

Applied Communications Group
1015 Lunt Ave
Schaumburg, IL 60193

Active Electrical Supply Company
C/O James P. Ziegler
Stone Pogrund & Korey LLC
1 E Wacker Drive Suite 2610
Chicago IL 60601

Consolidated Electrical Distributors Inc.
C/O James P. Ziegler
Stone Pogrund & Korey LLC
1 E Wacker Drive Suite 2610
Chicago IL 60601

Acuity, A Mutual Insurance Company
c/o Kohner, Mann & Kailas, S.C.
4650 North Port Washington Road
Milwaukee, Wisconsin 53212

Humana, Inc
c/o RMS (an IQor Company)
P.O. Box 361345
Columbus, OH 43236

National Electrical Benefit Fund (NEBF)
Angel Losquadro NEBF
2400 Research Blvd Suite 500
Rockville, MD 20850

Peak Electric, Inc.
835 McClintock Drive Second Floor
Burr Ridge, IL 60527

Illinois Department of Revenue
Bankruptcy Section
P O Box 64338
Chicago, IL 60664-0338

Peak Electric, Inc.
835 McClintock Drive Second Floor
Burr Ridge, IL 60527

Wirtz Rentals Co.
c/o American Financial Management, Inc.
8755 West Higgins Road, Suite 610
Chicago, IL 60631-2751

Stevenson Crane Service, Inc.
216 S. Jefferson Street
Suite 301
Chicago, IL 60661

Fireco, Inc
11316 S. Natoma Ave
Worth, IL 60482

FAAC International Inc.
3160 Murrell Rd
Rockledge, FL 32955

Madison Street Capital Advisors, LLC
c/o Teller Levit & Silvertrust, P.C.
19 S. LaSalle - Suite 701
Chicago, Illinois 60603

Nagels North America
101 Federal Street, Ste 1900
Boston, MA 02110

New United Inc.Elect. Contractor
1544 Burgundy Parkway
Streamwood, IL 60107

Affilated Customer Service Inc
1441 Branding Ave Suite 260
Downers Grove, IL 60515

Pac Van, Inc.
135 N. Pennsylvania St., Suite 1400
Indianapolis, IN 46204

American Express Bank, FSB
c o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

Phoenix Business Solutions LLC
12543 S. Laramie Ave.
Alsip, IL 60803

Cobra Concrete Cutting Services Co
2416 E. Oakton
Arlington Heights, IL 60005

National Electrical Benefit Fund (NEBF)
Angel Losquadro NEBF
2400 Research Blvd Suite 500
Rockville, MD 20850

United Rentals (North America ) Inc.
Mark A Kirkorsky PC
PO Box 25887
Tempe, AZ 85285

Amalgamated Bank of Chicago
30 N. LaSalle St.
Chicago, IL 60602

Burling Builders Inc
Paul L Ratelle
333 South Seventh Street Suite 2600
Minneapolis, MN 55402

Interstate Electronics Company
c/o Matthew A. Olins, Esq.
190 S. LaSalle St., Suite 3700
Chicago, IL 60603

Electrical Insurance Trustees
Tenney & Bentlet, LLC
111 W. Washington ST., Ste. 1900
Chicago, IL 60602

QIS, INC
10938 S. Western Ave
Chicago, IL 60643

Wight Construction
Ira Bodenstein Shaw Fishman Glantz
321 N Clark St #800
Chicago, IL 60654

Malko Communication Services
5401 Fargo Ave
Skokie, IL 60077

C W Olson & Co.
Stein Ray LLP
222 West Adams Street, Suite 1800
Chicago, IL 60606

Golden Eagle Community Bank
c/o William S. Hackney
150 North Michigan Avenue; Suite 3300
Chicago, IL 60601

BHARATI BELANI
Mitchell Elliot Jones
c/o Jones Law Offices
516 Keeney Street
Evanston, IL 60202


Ty Laurie, Esq.
Laurie & Brennan, LLP
Two North Riverside Plaza
Suite 1750
Chicago, IL 60606


Genex Corporation
4811 Emerson Ave
Palatine, IL 60067


***Via electronic notice through CM/ECF:***

Ira Bodenstein ibodenstein@shawfishman.com, cowens@shawfishman.com
Theresa B Carney tcarney@rfclaw.com, khutson@rfclaw.com
Aaron B Chapin achapin@reedsmith.com, bankruptcy-2628@ecf.pacerpro.com
Erica Del Aguila delaguila@dlec.com
Bruce Dopke bruce@dopkelaw.com
Brian M. Dougherty bmd@gsrnh.com, kam@gsrnh.com
Ann M Erickson aerickson@morrisonandmix.com, dkmorrison@morrisonandmix.com
Craig M Giometti cgiometti@cozen.com
John W Guzzardo jguzzardo@shawfishman.com, orafalovsky@shawfishman.com
William S Hackney, III whackney@salawus.com,
jadams@salawus.com,celliott@salawus.com,tsowles@salawus.com
William H. Hrabak, Jr. whrabak@gsrnh.com
Mitchell Elliot Jones mej@joneslaw.org
Patrick S Layng USTPRegion11.ES.ECF@usdoj.gov
Mark E Leipold mleipold@gouldratner.com
Margery Newman newman@dlec.com
Matthew A Olins maolins@duanemorris.com
Paul L Ratelle pratelle@fwhtlaw.com
Christina Sanfelippo csanfelippo@shawfishman.com, kbobb@shawfishman.com
David R Shannon dshannon@cooketech.net
Joel A Stein joelastein@dlec.com, joelastein@mac.com
James P. Ziegler jziegler@spklaw.com

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 15-37840 |
| | § | |
| GENEX CORPORATION | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATION FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 01/03/2019, in Courtroom 742, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:   12/13/2018                    By:   /s/ David P. Leibowitz
                                                    Trustee

David P. Leibowitz
53 West Jackson Boulevard, Suite 1115
Chicago, IL 60604

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 15-37840 |
| | § | |
| GENEX CORPORATION | § | |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* <u>$685,490.36</u>
*and approved disbursements of* <u>$608,797.91</u>
*leaving a balance on hand of[1]:* <u>$76,692.45</u>

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 25 | Amalgamated Bank of Chicago | $423,632.82 | $228,011.30 | $228,011.30 | $0.00 |
| 27 | Interstate Electronics Company | $61,609.19 | $0.00 | $0.00 | $0.00 |
| 37 | BHARATI BELANI | $25,000.00 | $25,000.00 | $25,000.00 | $0.00 |

Total to be paid to secured creditors: <u>$0.00</u>
Remaining balance: <u>$76,692.45</u>

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David P. Leibowitz, Trustee Fees | $37,524.52 | $0.00 | $37,524.52 |
| David P. Leibowitz, Trustee Expenses | $279.12 | $0.00 | $279.12 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

| | | | |
|---|---|---|---|
| Lakelaw, Attorney for Trustee Fees | $5,000.00 | $0.00 | $5,000.00 |
| Lakelaw, Attorney for Trustee Expenses | $1,213.71 | $0.00 | $1,213.71 |
| Lois West, Accountant for Trustee Fees | $2,425.50 | $0.00 | $2,425.50 |
| Lois West, Accountant for Trustee Expenses | $7.00 | $0.00 | $7.00 |
| Office of the Clerk United States Bankruptcy Court, Clerk of the Court Costs | $700.00 | $0.00 | $700.00 |
| Other: Laurie & Brennan LLP, Special Counsel for Trustee Fees | $70,000.00 | $45,000.00 | $0.00 |
| Other: Laurie and Brennan, Special Counsel for Trustee Fees | $70,000.00 | $25,000.00 | $0.00 |
| Other: Laurie and Brennan, Special Counsel for Trustee Expenses | $4,818.65 | $0.00 | $4,818.65 |

Total to be paid for chapter 7 administrative expenses:    $51,968.50
Remaining balance:    $24,723.95

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses:    $0.00
Remaining balance:    $24,723.95

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $123,485.63 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 7A | National Electrical Benefit Fund (NEBF) | $22,057.70 | $0.00 | $3,830.84 |
| 10 | Illinois Department of Revenue | $17,445.29 | $0.00 | $0.00 |
| 28 | Electrical Insurance Trustees | $76,349.43 | $0.00 | $13,259.90 |
| 35 | C W Olson & Company | $7,633.21 | $0.00 | $7,633.21 |

Total to be paid to priority claims:    $24,723.95
Remaining balance:    $0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $3,054,903.71 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Lightning Protection Systems, LLC | $20,055.00 | $0.00 | $0.00 |
| 2-1 | Applied Communications Group | $13,839.00 | $0.00 | $0.00 |
| 3 | Active Electrical Supply Company | $503,858.17 | $0.00 | $0.00 |
| 4 | Consolidated Electrical Distributors Inc. | $309,015.75 | $0.00 | $0.00 |
| 5 | Acuity, A Mutual Insurance Company | $17,476.00 | $0.00 | $0.00 |
| 6 | Humana, Inc | $4,151.85 | $0.00 | $0.00 |
| 7B | National Electrical Benefit Fund (NEBF) | $7,423.74 | $0.00 | $0.00 |
| 8 | Peak Electric, Inc. | $23,681.00 | $0.00 | $0.00 |
| 9 | Peak Electric, Inc. | $61,000.00 | $0.00 | $0.00 |
| 11 | Wirtz Rentals Co. | $14,391.12 | $0.00 | $0.00 |
| 12 | Stevenson Crane Service, Inc. | $1,275.00 | $0.00 | $0.00 |
| 13 | Fireco, Inc | $3,275.00 | $0.00 | $0.00 |
| 14 | FAAC International Inc. | $8,075.50 | $0.00 | $0.00 |
| 15 | Madison Street Capital Advisors, LLC | $20,105.70 | $0.00 | $0.00 |
| 16 | Nagels North America, LLC | $11,756.89 | $0.00 | $0.00 |
| 17 | New United Inc.Elect. Contractor | $5,952.00 | $0.00 | $0.00 |
| 18 | Affiliated Customer Service, Inc | $18,511.00 | $0.00 | $0.00 |
| 19 | Pac Van, Inc. | $6,874.94 | $0.00 | $0.00 |
| 20 | American Express Bank, FSB | $14,214.00 | $0.00 | $0.00 |
| 21 | Phoenix Business Solutions, LLC | $167,425.00 | $0.00 | $0.00 |
| 22 | Cobra Concrete Cutting Services Co | $6,560.00 | $0.00 | $0.00 |
| 23A | National Electrical Benefit Fund (NEBF) | $0.00 | $0.00 | $0.00 |

| 24 | United Rentals (North America ), Inc. | $67,755.35 | $0.00 | $0.00 |
| 26 | Burling Builders, Inc. | $1,000,000.00 | $0.00 | $0.00 |
| 28a | Electrical Insurance Trustees | $15,269.88 | $0.00 | $0.00 |
| 29 | QIS, INC | $5,509.00 | $0.00 | $0.00 |
| 34 | Malko Communications Services, LLC | $179,960.28 | $0.00 | $0.00 |
| 35a | C W Olson & Company | $374,526.02 | $0.00 | $0.00 |
| 36 | Golden Eagle Community Bank | $2,345.00 | $0.00 | $0.00 |
| 37a | BHARATI BELANI | $170,621.52 | $0.00 | $0.00 |

Total to be paid to timely general unsecured claims:  $0.00
Remaining balance:  $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims:  $0.00
Remaining balance:  $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $1,812.80 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 10a | Illinois Department of Revenue | $1,812.80 | $0.00 | $0.00 |

Total to be paid for subordinated claims:  $0.00
Remaining balance:  $0.00

Prepared By:   /s/ David P. Leibowitz
_____
Trustee

David P. Leibowitz
53 West Jackson Boulevard, Suite 1115
Chicago, IL 60604

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)