**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 15-37840 |
| | § | |
| GENEX CORPORATION | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $47,915.00 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $560,235.25 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $125,255.11 | | |

3) Total gross receipts of $685,490.36 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $685,490.36 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $420,000.00 | $792,742.01 | $535,511.30 | $535,511.30 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $165,293.44 | $125,255.11 | $125,255.11 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $19,000.00 | $137,324.63 | $123,485.63 | $24,723.95 |
| General Unsecured Claims (from **Exhibit 7**) | $2,930,006.27 | $6,981,204.33 | $3,056,716.51 | $0.00 |
| **Total Disbursements** | $3,369,006.27 | $8,076,564.41 | $3,840,968.55 | $685,490.36 |

4). This case was originally filed under chapter 7 on 11/05/2015. The case was pending for 39 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/06/2019         By:  /s/ David P. Leibowitz
                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Accounts Receivable - See Exhibit A to the petition for list of companies, persons, and amounts due in account receivabl | 1121-000 | $683,583.01 |
| 2009 Chevrolet E1500 van, approx 81,000 miles | 1129-000 | $1,500.00 |
| Refund of Balance - Home Depot account | 1290-000 | $407.35 |
| **TOTAL GROSS RECEIPTS** | | **$685,490.36** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 25 | Amalgamated Bank of Chicago | 4210-000 | $0.00 | $423,632.82 | $228,011.30 | $228,011.30 |
| 27 | Interstate Electronics Company | 4220-000 | $0.00 | $61,609.19 | $0.00 | $0.00 |
| 37 | BHARATI BELANI | 4210-000 | $0.00 | $25,000.00 | $25,000.00 | $25,000.00 |
| | Active Electrical Supply Company | 4220-000 | $0.00 | $120,000.00 | $120,000.00 | $120,000.00 |
| | Amalgamated Bank of Chicago | 4210-000 | $420,000.00 | $0.00 | $0.00 | $0.00 |
| | Consolidated Electrical Distributors Inc. | 4220-000 | $0.00 | $30,000.00 | $30,000.00 | $30,000.00 |
| | Interstate Electronics | 4220-000 | $0.00 | $45,000.00 | $45,000.00 | $45,000.00 |
| | Interstate Electronics Company | 4220-000 | $0.00 | $15,000.00 | $15,000.00 | $15,000.00 |
| | Peak Electric Inc. | 4220-000 | $0.00 | $11,500.00 | $11,500.00 | $11,500.00 |
| | Phoenix Business Solutions, LLC | 4220-000 | $0.00 | $50,000.00 | $50,000.00 | $50,000.00 |
| | Raptor Industries, Inc. and | 4220-000 | $0.00 | $11,000.00 | $11,000.00 | $11,000.00 |
| **TOTAL SECURED CLAIMS** | | | **$420,000.00** | **$792,742.01** | **$535,511.30** | **$535,511.30** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

UST Form 101-7-TDR (10/1/2010)

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $37,524.52 | $37,524.52 | $37,524.52 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $279.12 | $279.12 | $279.12 |
| International Sureties, Ltd | 2300-000 | NA | $67.84 | $67.84 | $67.84 |
| Green Bank | 2600-000 | NA | $3,218.77 | $3,218.77 | $3,218.77 |
| Office of the Clerk United States Bankruptcy Court | 2700-000 | NA | $700.00 | $700.00 | $700.00 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $21,705.00 | $5,000.00 | $5,000.00 |
| Lakelaw, Attorney for Trustee | 3120-000 | NA | $1,213.71 | $1,213.71 | $1,213.71 |
| Laurie & Brennan LLP, Special Counsel for Trustee | 3210-600 | NA | $93,333.33 | $70,000.00 | $70,000.00 |
| Laurie and Brennan, Special Counsel for Trustee | 3220-610 | NA | $4,818.65 | $4,818.65 | $4,818.65 |
| Lois West, Accountant for Trustee | 3410-000 | NA | $2,425.50 | $2,425.50 | $2,425.50 |
| Lois West, Accountant for Trustee | 3420-000 | NA | $7.00 | $7.00 | $7.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $165,293.44 | $125,255.11 | $125,255.11 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE


**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Applied Communications Group | 5300-000 | $0.00 | $13,839.00 | $0.00 | $0.00 |
| 7A | National Electrical Benefit Fund (NEBF) | 5400-000 | $0.00 | $22,057.70 | $22,057.70 | $3,830.84 |
| 7 | National Electrical Benefit Funk (NEBF) | 5400-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | Illinois Department of | 5800-000 | $0.00 | $17,445.29 | $17,445.29 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | Claimant | Code | Scheduled | Asserted | Allowed | Paid |
|---|---|---|---|---|---|---|
| | Revenue | | | | | |
| 23 | National Electrical Benefit Fund (NEBF) | 5400-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28 | Electrical Insurance Trustees | 5400-000 | $0.00 | $76,349.43 | $76,349.43 | $13,259.90 |
| 35 | C W Olson & Company | 5300-000 | $0.00 | $7,633.21 | $7,633.21 | $7,633.21 |
| | Illinois Department of Revenue | 5800-000 | $19,000.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $19,000.00 | $137,324.63 | $123,485.63 | $24,723.95 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Lightning Protection Systems, LLC | 7100-000 | $0.00 | $20,055.00 | $20,055.00 | $0.00 |
| 2-1 | Applied Communications Group | 7100-000 | $0.00 | $13,839.00 | $13,839.00 | $0.00 |
| 3 | Active Electrical Supply Company | 7100-000 | $0.00 | $503,858.17 | $503,858.17 | $0.00 |
| 4 | Consolidated Electrical Distributors Inc. | 7100-000 | $0.00 | $309,015.75 | $309,015.75 | $0.00 |
| 5 | Acuity, A Mutual Insurance Company | 7100-000 | $0.00 | $17,476.00 | $17,476.00 | $0.00 |
| 6 | Humana, Inc | 7100-000 | $0.00 | $4,151.85 | $4,151.85 | $0.00 |
| 7B | National Electrical Benefit Fund (NEBF) | 7100-000 | $0.00 | $7,423.74 | $7,423.74 | $0.00 |
| 8 | Peak Electric, Inc. | 7100-000 | $0.00 | $23,681.00 | $23,681.00 | $0.00 |
| 9 | Peak Electric, Inc. | 7100-000 | $0.00 | $61,000.00 | $61,000.00 | $0.00 |
| 10a | Illinois Department of Revenue | 7300-000 | $0.00 | $1,812.80 | $1,812.80 | $0.00 |
| 11 | Wirtz Rentals Co. | 7100-000 | $0.00 | $14,391.12 | $14,391.12 | $0.00 |
| 12 | Stevenson Crane Service, Inc. | 7100-000 | $0.00 | $1,275.00 | $1,275.00 | $0.00 |
| 13 | Fireco, Inc | 7100-000 | $0.00 | $3,275.00 | $3,275.00 | $0.00 |
| 14 | FAAC International Inc. | 7100-000 | $0.00 | $8,075.50 | $8,075.50 | $0.00 |
| 15 | Madison Street Capital Advisors, LLC | 7100-000 | $0.00 | $20,105.70 | $20,105.70 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 16 | Nagels North America, LLC | 7100-000 | $0.00 | $11,756.89 | $11,756.89 | $0.00 |
| 17 | New United Inc.Elect. Contractor | 7100-000 | $0.00 | $5,952.00 | $5,952.00 | $0.00 |
| 18 | Affiliated Customer Service, Inc | 7100-000 | $0.00 | $18,511.00 | $18,511.00 | $0.00 |
| 19 | Pac Van, Inc. | 7100-000 | $0.00 | $6,874.94 | $6,874.94 | $0.00 |
| 20 | American Express Bank, FSB | 7100-900 | $0.00 | $14,214.00 | $14,214.00 | $0.00 |
| 21 | Phoenix Business Solutions, LLC | 7100-000 | $0.00 | $167,425.00 | $167,425.00 | $0.00 |
| 22 | Cobra Concrete Cutting Services Co | 7100-000 | $0.00 | $6,560.00 | $6,560.00 | $0.00 |
| 23A | National Electrical Benefit Fund (NEBF) | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | United Rentals (North America ), Inc. | 7100-000 | $0.00 | $67,755.35 | $67,755.35 | $0.00 |
| 26 | Burling Builders, Inc. | 7100-000 | $0.00 | $1,312,441.00 | $1,000,000.00 | $0.00 |
| 27A | Interstate Electronics Company | 7100-000 | $0.00 | $215,298.42 | $0.00 | $0.00 |
| 28a | Electrical Insurance Trustees | 7100-000 | $0.00 | $15,269.88 | $15,269.88 | $0.00 |
| 29 | QIS, INC | 7100-000 | $0.00 | $5,509.00 | $5,509.00 | $0.00 |
| 30 | Wight Construction | 7100-000 | $0.00 | $1,007,791.03 | $0.00 | $0.00 |
| 31 | Wight Construction, Inc. | 7100-000 | $0.00 | $373,375.31 | $0.00 | $0.00 |
| 32 | Wight Construction Services, Inc. | 7100-000 | $0.00 | $1,007,791.03 | $0.00 | $0.00 |
| 33 | Wight & Company | 7100-000 | $0.00 | $1,007,791.03 | $0.00 | $0.00 |
| 34 | Malko Communications Services, LLC | 7100-000 | $0.00 | $179,960.28 | $179,960.28 | $0.00 |
| 35a | C W Olson & Company | 7100-000 | $0.00 | $374,526.02 | $374,526.02 | $0.00 |
| 36 | Golden Eagle Community Bank | 7100-000 | $0.00 | $2,345.00 | $2,345.00 | $0.00 |
| 37a | BHARATI BELANI | 7100-000 | $0.00 | $170,621.52 | $170,621.52 | $0.00 |
| | Active Electrical | 7100-000 | $123,869.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Supply Co. | | | | | |
| ACUITY | 7100-000 | $17,000.00 | $0.00 | $0.00 | $0.00 |
| Affilated Customer Service | 7100-000 | $18,000.00 | $0.00 | $0.00 | $0.00 |
| American Express | 7100-000 | $40,000.00 | $0.00 | $0.00 | $0.00 |
| Applied Communications Group | 7100-000 | $704.00 | $0.00 | $0.00 | $0.00 |
| Avondale Electric | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Behan and Company, LTD | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Belani, Nand and Bharati | 7100-000 | $1,270,000.00 | $0.00 | $0.00 | $0.00 |
| BHFX Digital Imaging | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| C. W. Olson & Co. | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| CED EFENGEE ELECT. SUPPLY | 7100-000 | $152,589.73 | $0.00 | $0.00 | $0.00 |
| Chicago Cut Concrete Cutting | 7100-000 | $3,472.00 | $0.00 | $0.00 | $0.00 |
| Chicago Enclosures | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comcast | 7100-000 | $294.55 | $0.00 | $0.00 | $0.00 |
| ComEd | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| D&B | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Darnall Concrete | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| dbHMS | 7100-000 | $1,250.00 | $0.00 | $0.00 | $0.00 |
| DHL EXPRESS USA, Inc | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| ELFCO | 7100-000 | $17,881.00 | $0.00 | $0.00 | $0.00 |
| Evergreen Supply Company | 7100-000 | $4,209.26 | $0.00 | $0.00 | $0.00 |
| Excel LTD, Inc. | 7100-000 | $490.00 | $0.00 | $0.00 | $0.00 |
| FedEx | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Fireco, Inc. | 7100-000 | $3,275.00 | $0.00 | $0.00 | $0.00 |
| Galaxy Enterprises, Inc | 7100-000 | $9,855.00 | $0.00 | $0.00 | $0.00 |
| Gary Material Supply | 7100-000 | $2,345.00 | $0.00 | $0.00 | $0.00 |
| Glory Global Solution | 7100-000 | $178.00 | $0.00 | $0.00 | $0.00 |
| Golden Eagle Community Bank | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| GRAINGER | 7100-000 | $1,421.00 | $0.00 | $0.00 | $0.00 |
| HILTI | 7100-000 | $218.25 | $0.00 | $0.00 | $0.00 |
| Home Depot | 7100-000 | $772.78 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| | Credit Card Services | | | | | |
| | HUB Parking | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Humana Insurance co. | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | IBEW Local 134 | 7100-000 | $260,000.00 | $0.00 | $0.00 | $0.00 |
| | IHC Construction | 7100-000 | $80,637.00 | $0.00 | $0.00 | $0.00 |
| | Imperial Crane | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Interstate Electronic Company | 7100-000 | $130,000.00 | $0.00 | $0.00 | $0.00 |
| | J&A Sheet Metal Inc. | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Kreykes Electric | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Magnetic Autocontrol Corporation | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Malko Communication Services | 7100-000 | $393,800.00 | $0.00 | $0.00 | $0.00 |
| | MIDCO Electric Supply | 7100-000 | $19,000.00 | $0.00 | $0.00 | $0.00 |
| | Midway West Cage | 7100-000 | $560.93 | $0.00 | $0.00 | $0.00 |
| | Nagels North America | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | New United Inc.Elect. Contractor | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | O'Leary's Contractors Equip. | 7100-000 | $8,691.51 | $0.00 | $0.00 | $0.00 |
| | Pac-van Inc | 7100-000 | $126.80 | $0.00 | $0.00 | $0.00 |
| | Peak Electric, Inc | 7100-000 | $67,047.73 | $0.00 | $0.00 | $0.00 |
| | Phoenix Business Solutions LLC | 7100-000 | $146,700.00 | $0.00 | $0.00 | $0.00 |
| | Phoenix Fire System | 7100-000 | $5,755.00 | $0.00 | $0.00 | $0.00 |
| | Power Equipment Leasing | 7100-000 | $13,000.00 | $0.00 | $0.00 | $0.00 |
| | Print USA | 7100-000 | $555.87 | $0.00 | $0.00 | $0.00 |
| | QIS, INC | 7100-000 | $25,000.00 | $0.00 | $0.00 | $0.00 |
| | QuickBooks Payroll Service | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Raptor Industries, Inc. | 7100-000 | $33,986.00 | $0.00 | $0.00 | $0.00 |
| | Rental Max | 7100-000 | $3,011.80 | $0.00 | $0.00 | $0.00 |
| | Route 12 Rental | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Sky King Rental | 7100-000 | $4,573.00 | $0.00 | $0.00 | $0.00 |
| Stevenson Crane Services | 7100-000 | $1,275.00 | $0.00 | $0.00 | $0.00 |
| T-Mobile | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Terrance Electric & Technology Co | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Thompson Rental-Bensenville | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Tyco SimplexGrinnell | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| United Rentals Inc. | 7100-000 | $38,223.19 | $0.00 | $0.00 | $0.00 |
| Vantran | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| VFC | 7100-000 | $15,757.00 | $0.00 | $0.00 | $0.00 |
| WEX BANK | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Wirtz Rentals Co. | 7100-000 | $14,480.87 | $0.00 | $0.00 | $0.00 |
| WOOD DALE ELECT. CONST | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $2,930,006.27 | $6,981,204.33 | $3,056,716.51 | $0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 15-37840 | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | GENEX CORPORATION | | Date Filed (f) or Converted (c): | 11/05/2015 (f) |
| For the Period Ending: | 2/6/2019 | | §341(a) Meeting Date: | 12/02/2015 |
| | | | Claims Bar Date: | 05/19/2016 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Amalgamated Bank - business checking account ending in 1033 for operating expenses | $0.00 | $0.00 | | $0.00 | FA |
| 2 | Amalgamated Bank - business checking account ending in 1141 for payroll | $0.00 | $0.00 | | $0.00 | FA |
| 3 | Accounts Receivable - See Exhibit A to the petition for list of companies, persons, and amounts due in account receivables. | $1,951,187.89 | $1,951,187.89 | | $683,583.01 | FA |
| 4 | MBE Certificate, City of Chicago | $0.00 | $0.00 | | $0.00 | FA |
| 5 | CMBDC certificate, Minority bas. cert., state of Wisconsin | $0.00 | $0.00 | | $0.00 | FA |
| 6 | 2003 Ford E150 van, 215,000 miles, fair condition | $915.00 | $915.00 | | $0.00 | FA |
| 7 | 2009 Chevrolet E1500 van, approx 81,000 miles | $10,284.00 | $10,284.00 | | $1,500.00 | FA |
| Asset Notes: | Actual model is 2009 Chevrolet HHR - Depressed value due to steering problems, body damage, rust, and an accident indicator on the CARFAX Report; sale approved by order dated 03/16/2016 (dkt #82). | | | | | |
| 8 | Computers, desks, chairs, printers, fax machines, telephone equipment | $7,000.00 | $7,000.00 | | $0.00 | FA |
| 9 | Electrical equipment including drills, saws, wire, pipe, and light fixtures | $40,000.00 | $40,000.00 | | $0.00 | FA |
| Asset Notes: | Former employees allegedly removed significant amounts of tools and equipment from premises immediately upon hearing about bankruptcy. Despite demand letter sent to former employees immediately upon case assignment, Trustee was unable to recover the property, most or all of which was subject in any event to the lien held by Amalgamated Bank. | | | | | |
| 10 | 2010 Ford van, Vehicle Identification #1FTNE2EL5AD04206 Purchased 9/25/10 Current mileage 60,000 (u) | $0.00 | $5,000.00 | | $0.00 | FA |
| Asset Notes: | Updated per amended schedule B filed 12/4/15 (dkt #33). Despite default judgment (in adv. no. 16 A 00013) ordering turnover of van, as well as Trustee's subsequent efforts to implement same, Trustee has been unable to recover the van or its value. | | | | | |
| 11 | Refund of Balance - Home Depot account (u) | $0.00 | $407.35 | | $407.35 | FA |

Case 15-37840 Doc 163 Filed 04/04/19 Entered 04/04/19 13:18:53 Desc Main
Document Page 11 of 19

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 2    Exhibit 8

| Case No.: | 15-37840 | | | Trustee Name: | David Leibowitz |
| Case Name: | GENEX CORPORATION | | | Date Filed (f) or Converted (c): | 11/05/2015 (f) |
| For the Period Ending: | 2/6/2019 | | | §341(a) Meeting Date: | 12/02/2015 |
| | | | | Claims Bar Date: | 05/19/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **TOTALS (Excluding unknown value)** | | | | | **Gross Value of Remaining Assets** |
| | $2,009,386.89 | $2,014,794.24 | | $685,490.36 | $0.00 |

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 12/31/2018 | **Current Projected Date Of Final Report (TFR):** | /s/ DAVID LEIBOWITZ |
| | | | DAVID LEIBOWITZ |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 15-37840 | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | GENEX CORPORATION | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2813 | | Checking Acct #: | ******4001 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Genex Corporation, Debtor |
| For Period Beginning: | 11/5/2015 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/6/2019 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/25/2016 | (3) | All-Bry Construction Co | Account Receivable - All-Bry Construction Co - Orozco | 1121-000 | $392.64 | | $392.64 |
| 02/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $0.08 | $392.56 |
| 03/22/2016 | (3) | K. R. Miller Contractors, Inc. | Account Receivable - K. R. Miller Contractors, Inc. - Grant Park BMX/Skate Park | 1121-000 | $13,348.20 | | $13,740.76 |
| 03/28/2016 | (7) | W.O.C, Inc. | Sale of Chevy HHR Van | 1129-000 | $1,500.00 | | $15,240.76 |
| 03/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $7.12 | $15,233.64 |
| 04/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $24.58 | $15,209.06 |
| 05/03/2016 | (3) | Kay and Associates | Account Receivable - Kay and Associates | 1121-000 | $2,835.00 | | $18,044.06 |
| 05/31/2016 | (3) | Kay and Associates | Account Receivable - Kay and Associates KYTL-02 4/1/2016 | 1121-000 | $2,216.25 | | $20,260.31 |
| 05/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $27.88 | $20,232.43 |
| 06/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $31.59 | $20,200.84 |
| 07/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $32.59 | $20,168.25 |
| 08/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $32.54 | $20,135.71 |
| 09/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $33.54 | $20,102.17 |
| 10/07/2016 | (11) | Citibank NA | Refund of Balance - Home Depot Account | 1290-000 | $407.35 | | $20,509.52 |
| 10/17/2016 | (3) | Concourse Hotel | Account Receivable - Concourse Hotel - Madison Concourse | 1121-000 | $270.00 | | $20,779.52 |
| 10/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $30.96 | $20,748.56 |
| 11/07/2016 | 3001 | Laurie and Brennan | Payment of Retainer to Laurie & Brennan - docket #110 | 3210-600 | | $10,000.00 | $10,748.56 |
| 11/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $23.55 | $10,725.01 |
| 12/07/2016 | (3) | HUB Parking Technology USA, Inc. | Account Receivable - Hub Parking settlement - docket #108 | 1121-000 | $16,000.00 | | $26,725.01 |
| 12/07/2016 | (3) | Kay and Associates | Account Receivable - Kay and Associates - Nettlehorest | 1121-000 | $348.75 | | $27,073.76 |
| 12/07/2016 | (3) | Laurie & Brennan | Account Receivable - Wight Settlement Part 1 of 3 - Global Settlement of G & A Kedzie Senior Center, John Hancock HS, and Al Raby School | 1121-000 | $171,254.13 | | $198,327.89 |

| | | | SUBTOTALS | | $208,572.32 | $10,244.43 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-37840 | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | GENEX CORPORATION | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2813 | | Checking Acct #: | ******4001 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Genex Corporation, Debtor |
| For Period Beginning: | 11/5/2015 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/6/2019 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/09/2016 | (3) | Clerk of Circuit Court Cook County | Account Receivable - Wight Settlement Part 2 of 3 - Global Settlement of G & A Kedzie Senior Center, John Hancock HS, and Al Raby School | 1121-000 | $292,334.75 | | $490,662.64 |
| 12/09/2016 | (3) | Dorothy Brown - Clerk of Circuit Court | Account Receivable - Wight Settlement Part 3 of 3 - Global Settlement of G & A Kedzie Senior Center, John Hancock HS, and Al Raby School | 1121-000 | $61,476.48 | | $552,139.12 |
| 12/12/2016 | 3002 | Active Electrical Supply Company | Mechanic's Lien Settlement - Wight/Kedzie (Active Electrical Supply Company) - docket #112 | 4220-000 | | $120,000.00 | $432,139.12 |
| 12/12/2016 | 3003 | Consolidated Electrical Distributors Inc. | Mechanic's Lien Settlement - Wight/Kedzie (CED) - docket #112 | 4220-000 | | $30,000.00 | $402,139.12 |
| 12/12/2016 | 3004 | Raptor Industries, Inc. | [VOID - Change Payee] - Mechanic's Lien Settlement - Wight/Kedzie (Raptor) - docket #112 | 4220-003 | | $11,000.00 | $391,139.12 |
| 12/12/2016 | 3005 | Interstate Electronics Company | Mechanic's Lien Settlement - Wight/Kedzie (Interstate Electronics) - docket #112 | 4220-000 | | $15,000.00 | $376,139.12 |
| 12/22/2016 | 3004 | VOID: Raptor Industries, Inc. | [VOID - Change Payee] - Mechanic's Lien Settlement - Wight/Kedzie (Raptor) - docket #112 | 4220-003 | | ($11,000.00) | $387,139.12 |
| 12/22/2016 | 3006 | Raptor Industries, Inc. and | [Paid to Raptor and Christopher Kreid & Assoc.] Mechanic's Lien Settlement - Wight/Kedzie (Raptor) - docket #112 | 4220-000 | | $11,000.00 | $376,139.12 |
| 12/22/2016 | 3007 | Interstate Electronics | Mechanic's Lien Settlement - Wight/Hancock (Interstate Electronics) - docket #112 | 4220-000 | | $45,000.00 | $331,139.12 |
| 12/22/2016 | 3008 | Peak Electric Inc. | Mechanic's Lien Settlement - Wight/Hancock (Peak Electric, Inc.) - docket #112 | 4220-000 | | $11,500.00 | $319,639.12 |
| 12/22/2016 | 3009 | Phoenix Business Solutions, LLC | Mechanic's Lien Settlement - Wight/Hancock (Phoenix) - docket #112 | 4220-000 | | $50,000.00 | $269,639.12 |
| 12/23/2016 | (3) | SP+ (Standard Parking) | Account Receivable - SP Plus Settlement - O'Hare & Midway Subcontracts - docket #122 | 1121-000 | $32,287.07 | | $301,926.19 |
| 12/27/2016 | | Transfer To: #*********4002 | Contribution to GUC fund from funds collected as of 12/27/2016 - per cash collateral order filed May 4, 2016 (dkt #95) | 9999-000 | | $20,501.89 | $281,424.30 |

| | | | | **SUBTOTALS** | $386,098.30 | $303,001.89 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-37840 | | | Trustee Name: | David Leibowitz |
| --- | --- | --- | --- | --- | --- |
| Case Name: | GENEX CORPORATION | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2813 | | | Checking Acct #: | ******4001 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | Genex Corporation, Debtor |
| For Period Beginning: | 11/5/2015 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/6/2019 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/27/2016 | 3010 | Laurie & Brennan LLP | Payment to Laurie & Brennan - First Interim Fee App - docket #115 (net of contribution to GUC fund, per cash collateral order - docket #95) | 3210-600 | | $45,000.00 | $236,424.30 |
| 12/27/2016 | 3011 | Amalgamated Bank of Chicago | Payment of portion of secured claim per cash collateral order (docket #95) and order authorizing payment (docket #123) | 4210-000 | | $228,011.30 | $8,413.00 |
| 12/28/2016 | (3) | Chicago Housing Authority | Account Receivable - Chicago Housing Authority - Pan-Oceanic Engineering | 1121-000 | $32,888.49 | | $41,301.49 |
| 12/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $502.70 | $40,798.79 |
| 01/30/2017 | (3) | Burling Builders | Account Receivable - settlement re ComEd project, per order dated 12/21/2016 (dkt #121) | 1121-000 | $50,000.00 | | $90,798.79 |
| 01/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $113.26 | $90,685.53 |
| 02/09/2017 | 3012 | International Sureties, Ltd | 2017 Bond Payment (VOID - amount incorrect) | 2300-003 | | $127.61 | $90,557.92 |
| 02/09/2017 | 3012 | VOID: International Sureties, Ltd | Void of Check# 3012 | 2300-003 | | ($127.61) | $90,685.53 |
| 02/09/2017 | 3013 | International Sureties, Ltd | 2017 Bond Payment (Bond #016073584) | 2300-000 | | $42.46 | $90,643.07 |
| 02/28/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $132.14 | $90,510.93 |
| 03/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $155.48 | $90,355.45 |
| 04/28/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $131.69 | $90,223.76 |
| 05/18/2017 | (3) | IHC Construction Companies LLC | Account receivable - IHC - settlement re Oriole project (per dkt #133) | 1121-000 | $5,000.00 | | $95,223.76 |
| 05/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $148.97 | $95,074.79 |
| 06/15/2017 | 3014 | BHARATI BELANI | Payment of secured claim pursuant to settlement order dated 06/08/2017 (dkt #137) | 4210-000 | | $25,000.00 | $70,074.79 |
| 06/23/2017 | | Transfer To: #*********4002 | Contribution to GUC Fund pursuant to cash collateral order filed May 4, 2016 (dkt #95) | 9999-000 | | $2,831.44 | $67,243.35 |
| 06/23/2017 | 3015 | Laurie and Brennan | Payment of attorney's fees per court order dated 11/30/2016 (dkt #115) (net of contribution to GUC Fund, per cash collateral order, dkt #95) | 3210-600 | | $15,000.00 | $52,243.35 |
| 06/23/2017 | 3016 | Laurie and Brennan | duplicate voided | 3210-603 | | $15,000.00 | $37,243.35 |
| 06/26/2017 | 3016 | VOID: Laurie and Brennan | duplicate check voided | 3210-603 | | ($15,000.00) | $52,243.35 |
| | | | | SUBTOTALS | $87,888.49 | $317,069.44 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-37840 | | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|---|
| Case Name: | GENEX CORPORATION | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2813 | | | Checking Acct #: | ******4001 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | Genex Corporation, Debtor |
| For Period Beginning: | 11/5/2015 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/6/2019 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/30/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $156.89 | $52,086.46 |
| 07/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $82.79 | $52,003.67 |
| 08/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $83.91 | $51,919.76 |
| 09/29/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $83.78 | $51,835.98 |
| 10/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $80.94 | $51,755.04 |
| 11/30/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $80.82 | $51,674.22 |
| 12/29/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $83.38 | $51,590.84 |
| 01/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $83.25 | $51,507.59 |
| 02/07/2018 | 3017 | International Sureties, Ltd | 2018 Bond Payment (Bond# 016073584) | 2300-000 | | $25.38 | $51,482.21 |
| 02/28/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $75.07 | $51,407.14 |
| 03/22/2018 | (3) | Advocate Health Care | Account Receivable - Advocate | 1121-000 | $1,881.25 | | $53,288.39 |
| 03/22/2018 | (3) | Advocate Health Care | Account Receivable - Advocate | 1121-000 | $1,050.00 | | $54,338.39 |
| 03/30/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $86.99 | $54,251.40 |
| 04/30/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $81.89 | $54,169.51 |
| 05/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $87.41 | $54,082.10 |
| 06/29/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $87.27 | $53,994.83 |
| 01/03/2019 | | Transfer From: #*********4002 | | 9999-000 | $22,697.62 | | $76,692.45 |
| 01/03/2019 | 3018 | Office of the Clerk United States Bankruptcy Court | Claim #: ; Amount Claimed: $700.00; Distribution Dividend: 100.00%; | 2700-000 | | $700.00 | $75,992.45 |
| 01/03/2019 | 3019 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $279.12 | $75,713.33 |
| 01/03/2019 | 3020 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $37,524.52 | $38,188.81 |
| 01/03/2019 | 3021 | Lakelaw | Claim #: ; Amount Claimed: $21,705.00; Distribution Dividend: 100.00%; | 3110-000 | | $5,000.00 | $33,188.81 |
| 01/03/2019 | 3022 | Lakelaw | Claim #: ; Amount Claimed: $1,213.71; Distribution Dividend: 100.00%; | 3120-000 | | $1,213.71 | $31,975.10 |
| 01/03/2019 | 3023 | Laurie and Brennan | Claim #: ; Amount Claimed: $4,818.65; Distribution Dividend: 100.00%; | 3220-610 | | $4,818.65 | $27,156.45 |
| 01/03/2019 | 3024 | Lois West | Claim #: ; Amount Claimed: $2,425.50; Distribution Dividend: 100.00%; | 3410-000 | | $2,425.50 | $24,730.95 |
| | | | **SUBTOTALS** | | **$25,628.87** | **$53,141.27** | |

**FORM 2**
Page No: 5    Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-37840 | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | GENEX CORPORATION | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2813 | | Checking Acct #: | ******4001 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Genex Corporation, Debtor |
| For Period Beginning: | 11/5/2015 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/6/2019 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/03/2019 | 3025 | Lois West | Claim #: ; Amount Claimed: $7.00; Distribution Dividend: 100.00%; | 3420-000 | | $7.00 | $24,723.95 |
| 01/03/2019 | 3026 | National Electrical Benefit Fund (NEBF) | Claim #: 7; Amount Claimed: $22,057.70; Distribution Dividend: 17.37%; | 5400-000 | | $3,830.84 | $20,893.11 |
| 01/03/2019 | 3027 | Electrical Insurance Trustees | Claim #: 28; Amount Claimed: $76,349.43; Distribution Dividend: 17.37%; | 5400-000 | | $13,259.90 | $7,633.21 |
| 01/03/2019 | 3028 | C W Olson & Company | Claim #: 35; Amount Claimed: $7,633.21; Distribution Dividend: 100.00%; | 5300-000 | | $7,633.21 | $0.00 |
| | | | **TOTALS:** | | $708,187.98 | $708,187.98 | $0.00 |
| | | | Less: Bank transfers/CDs | | $22,697.62 | $23,333.33 | |
| | | | Subtotal | | $685,490.36 | $684,854.65 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $685,490.36 | $684,854.65 | |

| For the period of 11/5/2015 to 2/6/2019 | | For the entire history of the account between 02/25/2016 to 2/6/2019 | |
|---|---|---|---|
| Total Compensable Receipts: | $685,490.36 | Total Compensable Receipts: | $685,490.36 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $685,490.36 | Total Comp/Non Comp Receipts: | $685,490.36 |
| Total Internal/Transfer Receipts: | $22,697.62 | Total Internal/Transfer Receipts: | $22,697.62 |
| | | | |
| Total Compensable Disbursements: | $684,854.65 | Total Compensable Disbursements: | $684,854.65 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $684,854.65 | Total Comp/Non Comp Disbursements: | $684,854.65 |
| Total Internal/Transfer Disbursements: | $23,333.33 | Total Internal/Transfer Disbursements: | $23,333.33 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 6     Exhibit 9

| Case No. | 15-37840 | | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|---|
| Case Name: | GENEX CORPORATION | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2813 | | | Checking Acct #: | ******4002 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | Unsecured Creditors Carveout Account |
| For Period Beginning: | 11/5/2015 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/6/2019 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/27/2016 | | Transfer From: #*********4001 | Contribution to unsecured creditors' fund from moneys collected as of 12/27/2016, pursuant to carve-out provisions of cash collateral order (dkt #95) | 9999-000 | $20,501.89 | | $20,501.89 |
| 12/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $5.33 | $20,496.56 |
| 01/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $33.07 | $20,463.49 |
| 02/28/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $29.82 | $20,433.67 |
| 03/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $35.10 | $20,398.57 |
| 04/28/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $29.73 | $20,368.84 |
| 05/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $32.86 | $20,335.98 |
| 06/23/2017 | | Transfer From: #*********4001 | Contribution to GUC Fund pursuant to terms of cash collateral order (dkt #95) | 9999-000 | $2,831.44 | | $23,167.42 |
| 06/30/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $35.34 | $23,132.08 |
| 07/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $34.91 | $23,097.17 |
| 08/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $37.27 | $23,059.90 |
| 09/29/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $37.21 | $23,022.69 |
| 10/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $35.95 | $22,986.74 |
| 11/30/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $35.89 | $22,950.85 |
| 12/29/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $37.03 | $22,913.82 |
| 01/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $36.97 | $22,876.85 |
| 02/28/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $33.34 | $22,843.51 |
| 03/30/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $38.05 | $22,805.46 |
| 04/30/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $34.42 | $22,771.04 |
| 05/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $36.74 | $22,734.30 |
| 06/29/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $36.68 | $22,697.62 |
| 01/03/2019 | | Transfer To: #*********4001 | | 9999-000 | | $22,697.62 | $0.00 |

**SUBTOTALS**     $23,333.33     $23,333.33

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 7  Exhibit 9

| Case No. | 15-37840 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | GENEX CORPORATION | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2813 | Checking Acct #: | ******4002 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Unsecured Creditors Carveout Account |
| For Period Beginning: | 11/5/2015 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/6/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  |  |
|---|---|---|---|
| TOTALS: | $23,333.33 | $23,333.33 | $0.00 |
| Less: Bank transfers/CDs | $23,333.33 | $22,697.62 | |
| Subtotal | $0.00 | $635.71 | |
| Less: Payments to debtors | $0.00 | $0.00 | |
| Net | $0.00 | $635.71 | |

**For the period of 11/5/2015 to 2/6/2019**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $23,333.33 |
| | |
| Total Compensable Disbursements: | $635.71 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $635.71 |
| Total Internal/Transfer Disbursements: | $22,697.62 |

**For the entire history of the account between 12/27/2016 to 2/6/2019**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $23,333.33 |
| | |
| Total Compensable Disbursements: | $635.71 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $635.71 |
| Total Internal/Transfer Disbursements: | $22,697.62 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 8    Exhibit 9

| Case No. | 15-37840 | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | GENEX CORPORATION | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2813 | | Checking Acct #: | ******4002 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Unsecured Creditors Carveout Account |
| For Period Beginning: | 11/5/2015 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/6/2019 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $685,490.36 | $685,490.36 | $0.00 |

| For the period of 11/5/2015 to 2/6/2019 | | For the entire history of the case between 11/05/2015 to 2/6/2019 | |
|---|---|---|---|
| Total Compensable Receipts: | $685,490.36 | Total Compensable Receipts: | $685,490.36 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $685,490.36 | Total Comp/Non Comp Receipts: | $685,490.36 |
| Total Internal/Transfer Receipts: | $46,030.95 | Total Internal/Transfer Receipts: | $46,030.95 |
| | | | |
| Total Compensable Disbursements: | $685,490.36 | Total Compensable Disbursements: | $685,490.36 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $685,490.36 | Total Comp/Non Comp Disbursements: | $685,490.36 |
| Total Internal/Transfer Disbursements: | $46,030.95 | Total Internal/Transfer Disbursements: | $46,030.95 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ